## MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Wetzel_____ JAD/TPA/CMB/**GLT**

Case Number: __17-23732__

Date of Meeting: __12 / 4 / 17__   Recording # __1__

Debtor(s) present _✓_ or Not Present ___ (___ No Payments Made or _✓_ partial payments)

Attorney for debtor(s) __Sikirica_____ (Present _✓_ or Not Present ____)

Date of Plan at § 341: __10/24/17__ Applicable commitment period ___ 3 yrs ___ 5 yrs _✓_

Koval ck'd for PA Dept of Revenue
Borne for Ally
Warmbrodt for Harley Davidson
Lockview for IRS

[box: Can't for payment & fee Amended, or Conversion or Amended I]

- IRS looking for 2014 return for Debtor w/
- PA Dept of Rev may not have 2014 returns

Tax liability for 2015 & 2016 — 2016 wages 62K Business 24K pension 20K
2015 wages 60K Business 43K

Debtor Husband cleaning business now $500/month
- Suit against Harley Davidson FDCP
- Possible suit for Insurance w/ bldg.

___ Meeting HELD and CONCLUDED
_✓_ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

* If trailer removed from 207 Rex Rd (1 acre) might be worth $50K to $80K *

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_✓_ Continued to:
___ 341 Meeting, OR _✓_ Conciliation Conf. OR ___ *Contested Hearing
On __2/8/18__ at __11:30__ am/pm Location _____

Vacant House ~5K

No equity in 796 Baird Avenue (Lot + Water)

_____
Chapter 13 Trustee/Attorney for Trustee