# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** DAVID MATTHEW & PENNY LYNN WETZEL
**Case Number:** 17-23732-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 08, 2018 11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#17 - Continued Confirmation of Plan Dated 10/24/2017 (N)
  #27 - Objection by Harley-Davidson Credit Corp.
  #28 - Objection by Ally Financial
  #31 - Objection by Wilmington Savings Fund Society
**R / M #:** 17 / 0

### Appearances:

Sikinka

Debtor:
Trustee: Winnecour / (Pail) / Katz

Creditor:

Warmbrodt — Harley D
O'Donnell — Ally
Kovalchik — PA Rev

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 4/12/18 at 1:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/31/2018   4:07:27PM