UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David Matthew Wetzel | : | |
| Penny Lynn Wetzel | : | No. 17-23732-GLT |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Ally Financial | : | Hearing Date: 3/28/18 at 9:00 a.m. |
| | : | |
| Movant | : | Response Date: 3/16/18 |
| | : | |
| vs. | : | |
| | : | |
| David Matthew Wetzel | : | |
| Penny Lynn Wetzel | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF ALLY FINANCIAL FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than March 16, 2018 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on March 28, 2018 at 9:00 a.m. before Judge Gregory L. Taddonio in Courtroom A on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: 2/27/18

                                                                  Attorney for Movant/Applicant

                                                                  s/ Brett Solomon
                                                                  Brett A. Solomon, Esquire
                                                                  Pa. I.D. #83746
                                                                  bsolomon@tuckerlaw.com
                                                                  TUCKER ARENSBERG, P.C.
                                                                  1500 One PPG Place
                                                                  Pittsburgh, Pennsylvania 15222
                                                                  412-566-1212