IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 17-23732-GLT |
| DAVID MATTHEW WETZEL and | ) |
| PENNY LYNN WETZEL | ) Chapter 13 |
|                 Debtors, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| INTERNAL REVENUE SERVICE, | ) **Hearing Date:** April 12, 2018 @ 1:30 |
| | ) |
|                 Movant, | ) |
| | ) |
| v. | ) |
| | ) Related to Document No. 17 |
| DAVID MATTHEW WETZEL and | ) |
| PENNY LYNN WETZEL | ) |
| | ) |
|                 Respondents. | ) |

CERTIFICATE OF SERVICE OF OBJECTION
TO CONFIRMATION OF CHAPTER 13 PLAN DATED OCTOBER 24, 2017

      I certify under penalty of perjury that I served or caused to be served the above-captioned pleading on the parties at the addresses specified below or on the attached list on March 14, 2018.

**Service by Electronic Notification:**

Ronda J. Winnecour Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Jeffrey J. Sikirica
SikiricaLaw@consolidated.net

David Matthew Wetzel
769 Baird Avenue
Washington, PA 15301

Penny Lynn Wetzel
784 Findley Street
Washington, PA 15301

March 15, 2018

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
Email: jill.locnikar@usdoj.gov
PA ID No. 85892