UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David Matthew Wetzel | : | |
| Penny Lynn Wetzel | : | No. 17-23732-GLT |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Ally Financial | : | Hearing Date: 3/28/18 at 9:00 a.m. |
| | : | |
| Movant | : | Response Date: 3/16/18 |
| | : | |
| vs. | : | |
| | : | |
| David Matthew Wetzel | : | |
| Penny Lynn Wetzel | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion for Relief from Stay, Docket No. 37**

   I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief filed on February 27, 2018 has been received, The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion for Relief from Stay appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay were to be filed and served no later than March 16, 2018.

   It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay be entered by the Court.

Date: 3/19/18                              By:    /s/ Brett Solomon
                                                            Brett A. Solomon, Esquire
                                                            Pa. I.D. #83746
                                                            bsolomon@tuckerlaw.com
                                                            TUCKER ARENSBERG, P.C.
                                                            1500 One PPG Place
                                                            Pittsburgh, Pennsylvania 15222
                                                            412-566-1212