UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David Matthew Wetzel | : | |
| Penny Lynn Wetzel | : | No. 17-23732-GLT |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Ally Financial | : | Related to Document No. 44 |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| David Matthew Wetzel | : | |
| Penny Lynn Wetzel | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on March 22, 2018.

    The type of service made on the parties was first-class mail.

U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

David Matthew Wetzel
Penny Lynn Wetzel
784 Findley Street
Washington, PA 15301

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044

Executed on: 3/22/18

Attorney for Movant

/s/ Brett Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
bsolomon@tuckerlaw.com
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212