# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** DAVID MATTHEW & PENNY LYNN WETZEL
**Case Number:** 17-23732-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 12, 2018 01:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#17 - Continued Confirmation of Plan Dated 10/24/2017 (N)
#27 - Objection by Harley-Davidson Credit Corp
#28 - Objection by Ally Financial
#31 - Objection by Wilmington Savings Fund Society
#40 - Objection by USA, IRS
R / M #: 17 / 0

Kavilchik: PA Rev
Lovnikar: IRS

### Appearances:

Debtor: Sikirica    Wambrodt Harley Davidson
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. ✓ Contested Hearing: April 25, 2018 at 9:30.
10. _____ Other:

4/6/2018    3:17:46PM