# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.:   17-23732-GLT
                                                    : Chapter:    13
David Matthew Wetzel                                :
Penny Lynn Wetzel                                   :
                                                    : Date:       4/25/2018
            *Debtor(s).*                            : Time:       09:30

## PROCEEDING MEMO

**FILED**
APR 25 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

*MATTER:*  #17 - Confirmation of Chapter 13 Plan Dated 10-24-17 (N)
           #27 - Objection by Harley-Davidson Credit Corp.
           #28 - Objection by Ally Financial
           #31 - Objection by Wilmington Savings Fund Society
           #40 - Objection by USA, IRS

*APPEARANCES:*
           Debtor:           Jeffrey J. Sikirica
           Trustee:          Owen Katz
           Harley-Davidson:  James Warmbrodt
           Wilmington:       Jodi Hause
           USA, IRS:         Jill Locnikar
           PA-DOR:           Larry Palmer

*NOTES:*

Sikirica: Ms. Wetzel thought she had a personal-injury claim against her former employer, but she will not be able to pursue it. Requests conversion to chapter 7.

*OUTCOME:*

1. Plan [Dkt. No. 17] confirmation is denied. (Text Order to issue.)

2. The Debtors' oral motion to covert the case is granted, conditioned on their payment of the filing fee. (CT to prepare.)

**DATED:** 4/25/2018