UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  DAVID MATTHEW WETZEL
PENNY LYNN WETZEL

CASE NO: 17-23732-GLT

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 51

On 5/10/2018, I did cause a copy of the following documents, described below,

ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT ECF Docket Reference No. 51

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/10/2018

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745

Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044
724 625 2566
SikiricaLaw@zoominternet.net

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  DAVID MATTHEW WETZEL
PENNY LYNN WETZEL

CASE NO: 17-23732-GLT

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 51

On 5/10/2018, a copy of the following documents, described below,

ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES,
SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT ECF Docket Reference No. 51

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient
postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth
herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced
document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is
true and correct to the best of my knowledge, information, and belief.

DATED: 5/10/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03152
CASE 17-23732-GLT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH
THU MAY 10 11-10-01 EDT 2018

ALLY
PO BOX 360902
BLOOMINGTON MN 55438-0902

ALLY FINANCIAL
TUCKER ARENSBERG PC
CO BRETT A SOLOMON ESQUIRE
1500 ONE PPG PLACE
PITTSBURGH PA 15222-5413

ALLY FINANCIAL
PO BOX 130424
ROSEVILLE MN 55113-0004

ALLY PAYMENT PROCESSING CENTER
PO BOX 9001925
LOUISVILLE KY 40290-1925

ATLAS ACQUISITIONS LLC
294 UNION ST
HACKENSACK NJ 07601-4303

CHADRON S CLINE   IRS
1100 MAIN STREET
WHEELING WV 26003-2737

COMCASR
PO BOX 3001
SOUTHEASTERN PA 19398-3001

DIRECTV LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 5008
CAROL STREAM IL 60197-5008

DITECH FINANCIAL LLC
AKA CITIFINANCIAL SERVICING LLC
3000 BAYPORT DRIVE SUITE 880
TAMPA FL 33607-8409

ROBERT C EDMUNDSON
OFFICE OF ATTORNEY GENERAL
564 FORBES AVENUE
5TH FLOOR MANOR COMPLEX
PITTSBURGH PA 15219-2992

MARIO J HANYON
PHELAN HALLINAN DIAMOND  JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET SUITE 300
PITTSBURGH PA 15219-4408

HARLEY DAVIDSON CREDIT CORP
DEPT 15128
PALATINE IL 60055-5129

HARLEY DAVIDSON CREDIT CORP
PO BOX 9013
ADDISON TEXAS 75001-9013

INTERNAL REVENUE SERVICE
1100 MAIN STREET
THE HORNE BLDG STE 103
WHEELING WV 26003-2737

INTERNAL REVENUE SERVICE
POB 7346
PHILDELPHIA PA 19101-7346

JEFFREY PINKERTON   IRS
ATTN LEVYLEGAL
WASHINGTON PA 15301

JILL LOCNIKAR
US ATTORNEYS OFFICE
700 GRANT STREET SUITE 4000
PITTSBURGH PA 15219-1955

OFFICE OF ATTORNEY GENERAL DEPARTMENT
OF REV
ROBERT C EDMUNDSON
564 FORBES AVENUE
PITTSBURGH PA 15219-2908

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE SUITE 970
PITTSBURGH PA 15222-3721

PEIR 1 IMPORTS
PO BOX 659617
SAN ANTONIO TX 78265-9617

PENNSYLVANIA AMERICAN WATER
PO BOX 371412
PITTSBURGH PA 15250-7412

PENNSYLVANIA AMERICAN WATER COMPANY
PO BOX 578
ALTON IL 62002-0578

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
PO BOX 280946
ATTN- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

PHELAN HALLIHAN DIAMOND  JONES LLP
1617 JFK BOULEVARD SUITE 1400
PHILADELPHIA PA 19103-1814

SEAN GRIMM   PA DEPT OF REVENUE
4TH AND WALNUT STREET
HARRISBURG PA 17128-0001

BRETT A SOLOMON
TUCKER ARENSBERG PC
1500 ONE PPG PLACE
PITTSBURGH PA 15222-5413

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

THOMAS SONG
PHELAN HALLINAN DIAMOND  JONES LLP
1617 JFK BOULEVARD
SUITE 1400
PHILADELPHIA PA 19103-1814

UPMC HEALTH SERVICES
PO BOX 371472
PITTSBURGH OR 15250-7472

VERIZON
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 248838
OKLAHOMA CITY OK 73124-8838

WILMINGTON SAVINGS FUND SOCIETY FSB AS
TRU
CARRINGTON MORTGAGE SERVICES LLC
1600 SOUTH DOUGLASS ROAD
ANAHEIM CA 92806-5948

JAMES WARMBRODT
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

WASHINGTON COUNTY TAX CLAIM BUREAU
100 W BEAU STREET
ROOM 205
WASHINGTON PA 15301-4483

WASHINGTON EAST WASHINGTON JOINT
AUTHORITY
CO PORTNOFF LAW ASSOCIATES LTD
PO BOX 3020
NORRISTOWN PA 19404-3020

WELLS FARGO BANK NA DBA WELLS FARGO
DEA
PO BOX 19657
IRVINE CA 92623-9657

WELLS FARGO DEALER SERVICES
PO BOX 17900
DENVER CO 80217-0900

WEST PENN POWER
2800 POTTSVILLE PIKE
PO BOX 16001
READING PA 19612-6001

WEST PENN POWER
5001 NASA BLVD
FAIRMONT WV 26554-8248

WEST PENN POWER
PO BOX 3687
AKRON OH 44309-3687

DAVID MATTHEW WETZEL
796 BAIRD AVENUE
WASHINGTON PA 15301-5408

PENNY LYNN WETZEL
784 FINDLEY STREET
WASHINGTON PA 15301-5316

PAMELA J WILSON
810 VERMONT AVENUE
PITTSBURGH PA 15234-1222

JAMES R WOOD
PORTNOFF LAW ASSOCIATES LTD
2700 HORIZON DRIVE
SUITE 100
KING OF PRUSSIA PA 19406-2726