**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David Matthew Wetzel**
**Penny Lynn Wetzel**
 Debtor(s)

Bankruptcy Case No.: 17−23732−GLT

Chapter: 7
Docket No.: 52 − 51

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Ronda J. Winnecour, Esq. has been removed as trustee from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: May 8, 2018

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Matthew Wetzel
Penny Lynn Wetzel
    Debtors

Case No. 17-23732-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 1      Date Rcvd: May 08, 2018
                        Form ID: 143      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor    Washington-East Washington Joint Authority
           jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
          Jeffrey J. Sikirica    on behalf of Joint Debtor Penny Lynn Wetzel SikiricaLaw@zoominternet.net,
           TrusteeSikirica@zoominternet.net
          Jeffrey J. Sikirica     on behalf of Debtor David Matthew Wetzel SikiricaLaw@zoominternet.net,
           TrusteeSikirica@zoominternet.net
          Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et.
           al. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Pamela J. Wilson    pwilson@epiqtrustee.com,    pwilson@ecf.epiqsystems.com
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
           redmundson@attorneygeneral.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et. al.
           pawb@fedphe.com
                                                                                       TOTAL: 12