**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David Matthew Wetzel** | Social Security number or ITIN | xxx–xx–9319 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Penny Lynn Wetzel** | Social Security number or ITIN | xxx–xx–7103 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | 9/17/17 |
| Case number: | **17–23732–GLT** | Date case converted to chapter **7** | 5/8/18 |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Matthew Wetzel | Penny Lynn Wetzel |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 796 Baird Avenue<br>Washington, PA 15301 | 784 Findley Street<br>Washington, PA 15301 |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey J. Sikirica<br>121 Northbrook Drive<br>Pine Township<br>Gibsonia, PA 15044 | Contact phone 724–625–2566<br><br>Email: SikiricaLaw@zoominternet.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Pamela J. Wilson<br>810 Vermont Avenue<br>Pittsburgh, PA 15234 | Contact phone 412–341–4323<br><br>Email: pwilson@epiqtrustee.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**      page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 5/8/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 1, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**First Floor Conference Room, 29 West Cherry Avenue, Washington, PA 15301** |
| **8.**     **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/31/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/17/18**<br><br>**Filing deadline: 3/16/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-23732-GLT
David Matthew Wetzel                                            Chapter 7
Penny Lynn Wetzel
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dkam             Page 1 of 3              Date Rcvd: May 08, 2018
                              Form ID: 309B          Total Noticed: 47
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
```
db             +David Matthew Wetzel,    796 Baird Avenue,    Washington, PA 15301-5408
jdb            +Penny Lynn Wetzel,    784 Findley Street,    Washington, PA 15301-5316
aty            +Brett A. Solomon,    Tucker Arensberg, P.C.,    1500 One PPG Place,,    Pittsburgh, PA 15222-5413
aty            +James R. Wood,    Portnoff Law Associates, Ltd.,    2700 Horizon Drive,    Suite 100,
                 King of Prussia, PA 19406-2726
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Jeffrey Sikirica,    121 Northbrook Drive,    Pine Township,    Gibsonia, PA 15044-8983
aty            +Jill Locnikar,    U.S. Attorney’s Office,    700 Grant Street, Suite 4000,
                 Pittsburgh, PA 15219-1955
aty            +Mario J. Hanyon,    Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
                 555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
aty            +Robert C. Edmundson,    Office of Attorney General,    564 Forbes Avenue,
                 5th Floor, Manor Complex,    Pittsburgh, PA 15219-2992
aty            +Thomas Song,    Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1956
14715757       +Ally Payment Processing Center,    PO Box 9001925,    Louisville, KY 40290-1925
14715758       +Chadron S. Cline - IRS,    1100 Main Street,    Wheeling, WV 26003-2737
14715759        Comcasr,    PO Box 3001,    Southeastern, PA 19398-3001
14779691        Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
14694525       +Ditech Financial LLC,    aka Citifinancial Servicing LLC,    3000 Bayport Drive, Suite 880,
                 Tampa, FL 33607-8409
14715761        Harley Davidson Credit  Corp.,    Dept. 15128,    Palatine, IL 60055-5129
14710127       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14694526       +Internal Revenue Service,    1100 Main Street,    The Horne Bldg, Ste. 103,
                 Wheeling, WV 26003-2737
14715764        Jeffrey Pinkerton - IRS,    Attn: Levy/Legal,    Washington, PA 15301
14694527        Peir 1 Imports,    PO Box 659617,    San Antonio, TX 78265-9617
14715766        Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14731941       +Pennsylvania American Water Company,    PO Box 578,    Alton, IL 62002-0578
14694528       +Phelan Hallihan Diamond & Jones LLP,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
14715769       +Sean Grimm - PA Dept. of Revenue,    4th and Walnut Street,    Harrisburg, PA 17128-0001
14694529        UPMC Health Services,    PO Box 371472,    Pittsburgh, OR 15250-7472
14715771        US Attorney’s Office,    Western District of Pennsylvania,    Pittsburgh, PA 15219
14762979       +WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE,,    CARRINGTON MORTGAGE SERVICES, LLC,
                 1600 SOUTH DOUGLASS ROAD,    ANAHEIM, CA 92806-5948
14694530       +Washington County Tax Claim Bureau,    100 W Beau Street,    Room 205,
                 Washington, PA 15301-4483
14774773       +Washington-East Washington Joint Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: SikiricaLaw@zoominternet.net May 09 2018 01:56:28      Jeffrey J. Sikirica,
                 121 Northbrook Drive,    Pine Township, Gibsonia, PA  15044
tr             +EDI: QPJWILSON.COM May 09 2018 05:43:00      Pamela J. Wilson,    810 Vermont Avenue,
                 Pittsburgh, PA 15234-1222
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 01:56:52      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 09 2018 01:57:00
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14715756        EDI: GMACFS.COM May 09 2018 05:43:00      ALLY,    PO Box 360902,    Bloomington, MN 55438-0902
14716509        EDI: GMACFS.COM May 09 2018 05:43:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
14753082       +EDI: ATLASACQU.COM May 09 2018 05:43:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14715763        EDI: IRS.COM May 09 2018 05:43:00      Internal Revenue Service,    POB 7346,
                 Phildelphia, PA 19101-7346
14701348        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 01:56:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14749338        EDI: AIS.COM May 09 2018 05:43:00      Verizon,   by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
```

```
District/off: 0315-2           User: dkam                  Page 2 of 3                   Date Rcvd: May 08, 2018
                               Form ID: 309B               Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14713865        EDI: WFFC.COM May 09 2018 05:43:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 P.O. BOX 19657,    IRVINE, CA 92623-9657
14715773        EDI: WFFC.COM May 09 2018 05:43:00      Wells Fargo Dealer Services,    PO Box 17900,
                 Denver, CO 802170900
14715774        E-mail/Text: bankruptcy@firstenergycorp.com May 09 2018 01:57:07       West Penn Power,
                 PO Box 3687,    Akron, OH 44309-3687
14769805       +E-mail/Text: bankruptcy@firstenergycorp.com May 09 2018 01:57:06       West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
14715775        E-mail/Text: bankruptcy@firstenergycorp.com May 09 2018 01:57:06       West Penn Power,
                 2800 Pottsville Pike,    PO Box 16001,    Reading, PA 19612-6001
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Wilmington Savings Fund Society, FSB, As Trustee,
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*            +Washington-East Washington Joint Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
14780774*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14715760*      +Ditech Financial LLC,    aka Citifinancial Servicing LLC,    3000 Bayport Drive, Suite 880,
                 Tampa, FL 33607-8409
14715762*      +Internal Revenue Service,    1100 Main Street,    The Horne Bldg, Ste. 103,
                 Wheeling, WV 26003-2737
14715765*       Peir 1 Imports,    PO Box 659617,    San Antonio, TX 78265-9617
14715767*       Pennsylvania Department of Revenue,     Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
14715768*      +Phelan Hallihan Diamond & Jones LLP,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
14715770*       UPMC Health Services,    PO Box 371472,    Pittsburgh, OR 15250-7472
14715772*      +Washington County Tax Claim Bureau,    100 W Beau Street,    Room 205,
                 Washington, PA 15301-4483
                                                                                           TOTALS: 2, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Washington-East Washington Joint Authority
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              Jeffrey J. Sikirica    on behalf of Debtor David Matthew Wetzel SikiricaLaw@zoominternet.net,
               TrusteeSikirica@zoominternet.net
              Jeffrey J. Sikirica    on behalf of Joint Debtor Penny Lynn Wetzel SikiricaLaw@zoominternet.net,
               TrusteeSikirica@zoominternet.net
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et.
               al. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@epiqtrustee.com,    pwilson@ecf.epiqsystems.com
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et. al.
               pawb@fedphe.com
```

```
District/off: 0315-2          User: dkam              Page 3 of 3            Date Rcvd: May 08, 2018
                              Form ID: 309B           Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        TOTAL: 12