# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-23732-GLT |
| DAVID MATTHEW WETZEL | : | |
| PENNY LYNN WETZEL | : | CHAPTER NO. 7 |
| | : | |
| Debtor(s). | : | |
| | : | Doc. No. _____ |
| DAVID MATTHEW WETZEL | : | |
| PENNY LYNN WETZEL | : | Related to Doc. Nos. 51 |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| **No Respondents.** | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Jeffrey J. Sikirica, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Ambulance & Chair Service
75 Braden Street
Washington, PA    15301

Washington Health System
Lakeside Primary Care
PO Box 855
Washington, PA 15301-5408

Washington Health System
Orthopedics & Sports Medicine Washington
PO Box 855
Washington, PA 15301-5408

Washington Health System

Cardiovascular Care - Washington
PO Box 855
Washington, PA 15301-5408

Date: 05/22/2018            By:    /s/ Jeffrey J. Sikirica
                                                            Jeffrey J. Sikirica, Esq.
                                                            Attorney for Debtor

                                                            121 Northbrook Drive
                                                            Gibsonia, PA 15044
                                                            (724) 625-2566
                                                            (724) 625-5611 fax
                                                            sikiricalaw@consolidated.net

**PAWB Local Form 30 (07/13)**