**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-23732-GLT |
| **DAVID MATTHEW WETZEL** | : | |
| **PENNY LYNN WETZEL** | : | CHAPTER NO. 7 |
| | : | |
| Debtor(s). | : | |
| | : | Doc. No. _____ |
| **DAVID MATTHEW WETZEL** | : | |
| **PENNY LYNN WETZEL** | : | Related to Doc. Nos. 51 |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| **No Respondents.** | : | |

**RULE 1019 CONVERSION REPORT**

SCHEDULE OF ALL UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF THE CHAPTER 13 CASE AND BEFORE CONVERSION PER BANKRUPTCY RULE **1019(5)(B)(i)**

Ambulance & Chair Service
75 Braden Street
Washington, PA   15301
$2,297.00

Washington Health System
Lakeside Primary Care
PO Box 855
Washington, PA 15301-5408
$1,170.35

Washington Health System
Orthopedics & Sports Medicine Washington
PO Box 855
Washington, PA 15301-5408
$1,802.00

Washington Health System
Cardiovascular Care - Washington
PO Box 855

Washington, PA 15301-5408
$26.00

### STATEMENTS AND SCHEDULES REQUIRED BY BANKRUPTCY RULES 1019(1)(A) AND 1007(b) NOT FILED WITH THE CHAPTER 13 CASE

None.

### SCHEDULE OF ALL PROPERTY NOT LISTED IN THE FINAL REPORT AND ACCOUNT OF THE CHAPTER 13 TRUSTEE WHICH WAS ACQUIRED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE THE ENTRY OF THE CONVERSION ORDER PER BANKRUPTCY RULE 1019(5)(C)(i)

Potential Consumer Fair Debt Collection Action Claim
Potential Personal Injury Claim

### SCHEDULE OF UNPAID DEBTS NOT LISTED IN CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT PER BANKRUPTCY RULE 1019(5)(C)(ii)

Ambulance & Chair Service
75 Braden Street
Washington, PA    15301
$2,297.00

Washington Health System
Lakeside Primary Care
PO Box 855
Washington, PA 15301-5408
$1,170.35

Washington Health System
Orthopedics & Sports Medicine Washington
PO Box 855
Washington, PA 15301-5408
$1,802.00

Washington Health System
Cardiovascular Care - Washington
PO Box 855
Washington, PA 15301-5408
$26.00

SCHEDULE OF EXECUTORY CONTRACTS ENTERED INTO OR ASSUMED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE ENTRY OF THE CONVERSION ORDER PER BANKRUPTCY RULE **1019(5)(C)(iii)**

None.

Respectfully Submitted,

Date: 05/22/2018 /s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esq.
Attorney for Debtor

121 Northbrook Drive
Gibsonia, PA 15044
(724) 625-2566
(724) 625-5611 fax
sikiricalaw@consolidated.net

Declaration Under Penalty of Perjury by Attorney for Individual Debtor

I declare under penalty of perjury that I have reviewed the above and the statements above are true and correct to the best of her knowledge, information, and belief.

Dated: 05/22/2018    Signature:  /s/ David Matthew Wetzel
/s/ Penny Lynn Wetzel
Debtors