**Fill in this information to identify your case:**

Debtor 1: David M Wetzel
Debtor 2 (Spouse, if filing): Penny Lynn Wetzel

United States Bankruptcy Court for the Western District of Pennsylvania

Case number (If known): 17-23732-GLT

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Washington County Tax Claim Bureau<br>Description of property securing debt: 207 Rex Road | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Pay over time allowed secured tax amount | ☐ No<br>☑ Yes |
| Creditor's name: Ditech Financial LLC<br>Description of property securing debt: 796 Baird Avenue | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Extend Payments Though Loan Modification | ☐ No<br>☑ Yes |
| Creditor's name: Internal Revenue Service<br>Description of property securing debt: Personal property, bank account | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Dtermine secured portion of tax claim and pay o | ☐ No<br>☑ Yes |
| Creditor's name: Washington County Tax Claim Bureau<br>Description of property securing debt: 784 Findley Street | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Pay over time allowed secured amount | ☐ No<br>☑ Yes |

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 1

Debtor ___David M Wetzel & Penny Lynn Wetzel___   Case number (*If known*) __17-23732-GLT__

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✘ /s/ David M Wetzel                          ✘ /s/ Penny Lynn Wetzel
Signature of Debtor 1                          Signature of Debtor 2

Date  05/23/2018                               Date  05/23/2018
      MM / DD / YYYY                                 MM / DD / YYYY

Debtor 1 _____  Case number *(if known)* _____
First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 108

**1) Creditors who have secured claims**

| Creditor | Collateral | Exemptions | Intention |
|---|---|---|---|
| Washington County Tax Claim Bureau | 796 Baird Avenue | Has exemptions | Repay allowed secured amount over time |
| ALLY | 2009 Cadillac STS | No exemptions | surrender |
| Wells Fargo Dealer Services | 2012 Chevrolet Silverado | No exemptions | Redeem |
| Harley Davidson Credit Corp. | 2008 Harley Davidson Road King Classic | No exemptions | Have current claim against Harley Davidso |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7