**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DAVID MATTHEW WETZEL<br>PENNY LYNN WETZEL<br>Debtor(s) | Case No.:17-23732 GLT |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/17/2017 and confirmed on 01/01/1900 . The case was subsequently (F)CONVERTED BEFORE CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 300.00 |
| Less Refunds to Debtor | 286.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 13.20 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 13.20 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| INTERNAL REVENUE SERVICE*<br>Acct: 9319 | 10,968.28 | 0.00 | 0.00 | 0.00 |
| WASHINGTON COUNTY TAX CLM BUREAU(<br>Acct: 0100 | 2,839.34 | 0.00 | 0.00 | 0.00 |
| WASHINGTON COUNTY TAX CLM BUREAU(<br>Acct: 0200 | 96.82 | 0.00 | 0.00 | 0.00 |
| WASHINGTON COUNTY TAX CLM BUREAU(<br>Acct: 0202 | 4,041.62 | 0.00 | 0.00 | 0.00 |
| WASHINGTON/EAST WASHINGTON JOINT ,<br>Acct: 3850 | 127.46 | 0.00 | 0.00 | 0.00 |
| WASHINGTON/EAST WASHINGTON JOINT ,<br>Acct: 3850 | 26.07 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL(*)<br>Acct: 3087 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP*<br>Acct: 0707 | 11,446.76 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES<br>Acct: 4620 | 19,743.58 | 0.00 | 0.00 | 0.00 |

| 17-23732 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS  Acct: 8545 | 142,568.90 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Priority** | | | | |
| JEFFREY J SIKIRICA ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID MATTHEW WETZEL  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID MATTHEW WETZEL  Acct: | 286.80 | 286.80 | 0.00 | 0.00 |
| JEFFREY J SIKIRICA ESQ  Acct: | 2,000.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*  Acct: 9319 | 4,233.34 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*  Acct: 9319 | 45,200.37 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| COMCAST  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PIER ONE IMPORTS  Acct: 2006 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENNSYLVANIA-AMERICAN WTR CO*  Acct: 1659 | 1,204.79 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES  Acct: 0444 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER**  Acct: 8344 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER**  Acct: 1329 | 3,463.03 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*  Acct: 9319 | 3,936.75 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL(*)  Acct: 3087 | 5,884.57 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*  Acct: 9319 | 67,599.77 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE  Acct: PWR9 | 1,700.64 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR \  Acct: 0001 | 1,133.05 | 0.00 | 0.00 | 0.00 |
| DIRECTV LLC BY AMERICAN INFOSOURCE  Acct: 2736 | 553.31 | 0.00 | 0.00 | 0.00 |
| COMMONWEALTH OF PENNSYLVANIA  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMAS SONG ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHELAN HALLINAN LLP  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE OF US ATTORNEY  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| TOTAL PAID TO CREDITORS | | | | 0.00 |

TOTAL CLAIMED
PRIORITY          49,433.71
SECURED          191,858.83
UNSECURED         85.475.91

Date: 05/31/2018                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com