IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  17-23732-GLT |
| DAVID MATTHEW WETZEL | : | |
| PENNY LYNN WETZEL | : | |
| | : | Chapter 7 |
| Debtors | : | |
| | : | |
| DAVID MATTHEW WETZEL | : | |
| PENNY LYNN WETZEL | : | |
| | : | |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Jeffrey J. Sikirica, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Collection Service Center, Inc.
839 5th Avenue
P.O. Box 560
New Kensington, PA  15068-0560

Crossroads Eye Care Associates
4160 Washington Road #3
McMurray, PA  15317-2533

Greater Washington Radiology
155 Wilson Avenue
Washington, PA  15301

MedExpress Billing
Attn #7964C
P.O. Box 14000
Belfast, ME  04915-4033

Pittsburgh Oculoplastic Assocs., Ltd.
3471 Fifth Avenue
Suite 11115
Pittsburgh, PA  15213

Quest Diagnostics Venture, LLC
P.O. Box 740717
Cincinnati, OH  45274-0717

WHS Lakeside Primary Care
1001 Waterdam Plaza Dr.
Canonsburg, PA  15317

UPMC Health Services
PO Box 371472
Pittsburgh, PA  15250-7472 (as to address & amount)

          By:     /s/ Jeffrey J. Sikirica
                  Signature

                  Jeffrey J. Sikirica
                  Typed Name

                  121 Northbrook Dr., Gibsonia, PA  15044
                  Address

                  (724) 625-2566
                  Phone No.

                  36745   PA
                  List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**