**Form 144**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David Matthew Wetzel**
**Penny Lynn Wetzel**
    Debtor(s)

Bankruptcy Case No.: 17–23732–GLT

Chapter: 7
Docket No.: 74

## <u>NOTICE – REMINDER</u>

       Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above–captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management* (Official Form B423)** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

       ***CHAPTER 7 CASES*** *– – Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: July 16, 2018

Michael R. Rhodes, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                        Case No. 17-23732-GLT
David Matthew Wetzel                                          Chapter 7
Penny Lynn Wetzel
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin          Page 1 of 1          Date Rcvd: Jul 16, 2018
                             Form ID: 144          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db          +David Matthew Wetzel,    796 Baird Avenue,    Washington, PA 15301-5408
jdb         +Penny Lynn Wetzel,    784 Findley Street,    Washington, PA 15301-5316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Washington-East Washington Joint Authority
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              Jeffrey J. Sikirica    on behalf of Joint Debtor Penny Lynn Wetzel SikiricaLaw@zoominternet.net,
               TrusteeSikirica@zoominternet.net
              Jeffrey J. Sikirica    on behalf of Debtor David Matthew Wetzel SikiricaLaw@zoominternet.net,
               TrusteeSikirica@zoominternet.net
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et.
               al. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@epiqtrustee.com,   pwilson@ecf.epiqsystems.com
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Thomas Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et. al.
               pawb@fedphe.com
                                                                            TOTAL: 11