# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| DAVID MATTHEW WETZEL | ) | Bankruptcy No. 17-23732-GLT |
| PENNY LYNN WETZEL, | ) | |
| **Debtor(s)** | ) | Chapter 7 |
| | ) |   Previous Chapter 13 |
| WELLS FARGO BANK, N.A. | ) | |
| d/b/a WELLS FARGO DEALER SERVICES, | ) | |
| **Movant** | ) | Related To Document No. 80 |
| | ) | |
| v. | ) | |
| DAVID MATTHEW WETZEL | ) | |
| PENNY LYNN WETZEL, | ) | |
|  **Respondent(s)** | ) | |
| | ) | |
| PAMELA J. WILSON, | ) | |
| **Trustee** | ) | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR RELIEF FROM STAY

TO THE RESPONDENT(S):

      You are hereby notified that the above Movant seeks an order affecting your rights or property.

      You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than September 24, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

      You should take this to your lawyer at once.

      A hearing will be held on **October 4, 2018, at 10:30 a.m**. before Judge Gregory L. Taddonio in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: 9/5/18

                            /s/ William E. Craig
                            William E. Craig, Esquire
                            PA ID # 92329
                            Morton & Craig LLC
                            110 Marter Ave., Suite 301
                            Moorestown, NJ 08057
                            (856) 866-0100
                            bcraig@mortoncraig.com
                            Attorneys for Movant