## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| DAVID MATTHEW WETZEL | ) | Bankruptcy No. 17-23732-GLT |
| PENNY LYNN WETZEL, | ) | |
| **Debtor(s)** | ) | Chapter 7 |
| | ) | Previous Chapter 13 |
| WELLS FARGO BANK, N.A. | ) | |
| d/b/a WELLS FARGO DEALER SERVICES, | ) | |
| **Movant** | ) | Related To Document No. 80 and 81 |
| | ) | |
| v. | ) | |
| DAVID MATTHEW WETZEL | ) | **Response Deadline:  9/24/18** |
| PENNY LYNN WETZEL, | ) | |
| **Respondent(s)** | ) | **Hearing Date:  10/4/18 at 10:30 AM** |
| | ) | |
| PAMELA J. WILSON, | ) | |
| **Trustee** | ) | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on September 5, 2018, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

David and Penny Wetzel
796 Baird Avenue
Washington, PA 15301
(Debtors)

Jeffrey J. Sikirica , Esq.
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044
(Attorney For Debtors)

Pamela J. Wilson
810 Vermont Avenue
Pittsburgh, PA 15234
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com