**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| IN RE:<br>**DAVID MATTHEW WETZEL**<br>**PENNY LYNN WETZEL**<br>            Debtors | BK. No. 17-23732 GLT<br><br>Chapter No. 7 |
| **WILMINGTON SAVINGS FUND SOCIETY,**<br>**FSB, AS TRUSTEE OF STANWICH**<br>**MORTGAGE LOAN TRUST A**<br>            Movant<br>v.<br>**DAVID MATTHEW WETZEL**<br>**PENNY LYNN WETZEL**<br>            and<br>**PAMELA J. WILSON, ESQUIRE (TRUSTEE)**<br>            Respondents | Hearing Date: DECEMBER 31, 2018<br><br>Hearing Time: 1:30 pm<br><br>Objection Date: JANUARY 10, 2019 |

**CERTIFICATE OF SERVICE OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on 12/12/2018.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification:

PAMELA J. WILSON, ESQUIRE (TRUSTEE)
810 VERMONT AVENUE
PITTSBURGH, PA 15234
pwilson@epiqtrustee.com

JEFFREY J. SIKIRICA, ESQUIRE
121 NORTHBROOK DRIVE, PINE TOWNSHIP
GIBSONIA, PA 15044
SikiricaLaw@zoominternet.net

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregions03.pi.ecf@usdoj.gov

Service by First Class Mail:

DAVID MATTHEW WETZEL
796 BAIRD AVENUE
WASHINGTON, PA 15301

PENNY LYNN WETZEL
784 FINDLEY STREET
WASHINGTON, PA 15301

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

<u>/s/ Jodi L. Hause, Esquire</u>
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com

12/12/2018