**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **DAVID MATTHEW WETZEL** | : | **BK. No. 17-23732 GLT** |
| **PENNY LYNN WETZEL** | : | |
| **Debtors** | : | **Chapter No. 7** |
| | : | |
| **WILMINGTON SAVINGS FUND SOCIETY,** | : | |
| **FSB, AS TRUSTEE OF STANWICH** | : | **Hearing Date: FEBRUARY 7,** |
| **MORTGAGE LOAN TRUST A** | : | **2019** |
| **Movant** | : | |
| **v.** | : | **Hearing Time: 10:00 am** |
| **DAVID MATTHEW WETZEL** | : | |
| **PENNY LYNN WETZEL** | : | **Objection Date: JANUARY 21,** |
| **and** | : | **2019** |
| **PAMELA J. WILSON, ESQUIRE (TRUSTEE)** | : | |
| **Respondents** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF**
**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH**
**MORTGAGE LOAN TRUST A FOR RELIEF FROM THE AUTOMATIC STAY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **JANUARY 21, 2019**, i.e., nineteen (19) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **FEBRUARY 7, 2019 at 10:00 am** before Judge Gregory L. Taddonio, in Court Room A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service:  <u>JANUARY 3, 2019</u>

<u>/s/ Jodi L. Hause, Esquire</u>
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com