**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| IN RE:<br>**DAVID MATTHEW WETZEL**<br>**PENNY LYNN WETZEL**<br>　　　　　　　Debtors<br><br>**WILMINGTON SAVINGS FUND SOCIETY,**<br>**FSB, AS TRUSTEE OF STANWICH**<br>**MORTGAGE LOAN TRUST A**<br>　　　　　　　Movant<br>v.<br>**DAVID MATTHEW WETZEL**<br>**PENNY LYNN WETZEL**<br>　　　　　　　and<br>**PAMELA J. WILSON, ESQUIRE (TRUSTEE)**<br>　　　　　　　Respondents | BK. No. 17-23732 GLT<br><br>Chapter No. 7<br><br>Hearing Date: FEBRUARY 7, 2019<br><br>Hearing Time: 10:00 am<br><br>Objection Date: JANUARY 21, 2019 |

**CERTIFICATE OF SERVICE OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

　　　　I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on 1/3/2019.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification: | Service by First Class Mail: |
|---|---|
| PAMELA J. WILSON, ESQUIRE (TRUSTEE)<br>810 VERMONT AVENUE<br>PITTSBURGH, PA 15234<br>pwilson@epiqtrustee.com<br><br>JEFFREY J. SIKIRICA, ESQUIRE<br>121 NORTHBROOK DRIVE, PINE TOWNSHIP<br>GIBSONIA, PA 15044<br>SikiricaLaw@zoominternet.net<br><br>OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222<br>ustpregions03.pi.ecf@usdoj.gov | DAVID MATTHEW WETZEL<br>796 BAIRD AVENUE<br>WASHINGTON, PA 15301<br><br>PENNY LYNN WETZEL<br>784 FINDLEY STREET<br>WASHINGTON, PA 15301 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Jodi L. Hause, Esquire
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com

1/3/2019