# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> **DAVID MATTHEW WETZEL** <br> **PENNY LYNN WETZEL** <br> Debtors <br><br> **WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A** <br> Movant <br><br> v. <br><br> **DAVID MATTHEW WETZEL** <br> **PENNY LYNN WETZEL** <br> and <br> **PAMELA J. WILSON, ESQUIRE (TRUSTEE)** <br> Respondents | BK. No. 17-23732 GLT <br><br> Chapter No. 07 <br><br> Related to Document No. 91 |

### CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 91

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on January 3, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than January 21, 2019.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

| | |
|---|---|
| Dated: January 22, 2019 | /s/ Jodi L. Hause, Esquire <br> Jodi L. Hause, Esq., Id. No.90625 <br> Phelan Hallinan Diamond & Jones, LLP <br> Omni William Penn Office Tower <br> 555 Grant Street, Suite 300 <br> Pittsburgh, PA 15219 <br> Phone Number: 215-563-7000 Ext 31502 <br> Fax Number: 215-568-7616 <br> Email: Jodi.Hause@phelanhallinan.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**DAVID MATTHEW WETZEL**<br>**PENNY LYNN WETZEL**<br>　　　　Debtors | BK. No. 17-23732 GLT<br><br>Chapter No. 07 |
| **WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A**<br>　　　　Movant<br>v.<br>**DAVID MATTHEW WETZEL**<br>**PENNY LYNN WETZEL**<br>　　　　and<br>**PAMELA J. WILSON, ESQUIRE (TRUSTEE)**<br>　　　　Respondents | Related to Document No. 91 |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 1/22/2019.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

Service by Electronic Notification
PAMELA J. WILSON, ESQUIRE (TRUSTEE)
810 VERMONT AVENUE
PITTSBURGH, PA 15234
pwilson@epiqtrustee.com

JEFFREY J. SIKIRICA, ESQUIRE
121 NORTHBROOK DRIVE, PINE TOWNSHIP
GIBSONIA, PA 15044
SikiricaLaw@zoominternet.net

Service by First Class Mail
DAVID MATTHEW WETZEL
796 BAIRD AVENUE
WASHINGTON, PA 15301

PENNY LYNN WETZEL
784 FINDLEY STREET
WASHINGTON, PA 15301

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregions03.pi.ecf@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service:  electronic means or first class mail

Dated: January 22, 2019          /s/ Jodi L. Hause, Esquire
　　　　　　　　　　　　　　　　　Jodi L. Hause, Esq., Id. No.90625
　　　　　　　　　　　　　　　　　Phelan Hallinan Diamond & Jones, LLP
　　　　　　　　　　　　　　　　　Omni William Penn Office Tower
　　　　　　　　　　　　　　　　　555 Grant Street, Suite 300
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　Phone Number: 215-563-7000 Ext 31502
　　　　　　　　　　　　　　　　　Fax Number: 215-568-7616
　　　　　　　　　　　　　　　　　Email: Jodi.Hause@phelanhallinan.com