**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-23732-GLT |
| | : | |
| DAVID MATTHEW WETZEL | : | Chapter 7 |
| PENNY LYNN WETZEL | : | |
| | : | Doc. No. _____ |
| Debtors | : | |
| | : | |
| Pamela J. Wilson, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |

No Respondent

## *Status Report*

COMES NOW, Pamela J. Wilson, Esquire, Chapter 7 Trustee in the above case, and files the within Status Report, stating in support as follows:

1. On January 8, 2019 this Honorable Court entered a Text Order directing the Trustee to file a status report on the progress of this case.

2. The §341(a) Meeting of Creditors was held on July 13, 2019 in Washington County, Pennsylvania.

4. Among the assets of the estate is the Debtor's interest in a products liability claim against Pier One ("Claim").

5. The Trustee has filed an Application to Employ Special Counsel (Doc. 102) to pursue the Claim on the estate's behalf and is continuing to investigate the value of the Claim.

Dated:  February 6, 2019                                  Respectfully submitted,

*/s/ Pamela J. Wilson*_____
Pamela J. Wilson, Trustee
PA I.D. No. 77011
810 Vermont Avenue
Pittsburgh, Pennsylvania 15234
(412) 341-4323
pwilson@epiqtrustee.com