# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID MATTHEW WETZEL<br>PENNY LYNN WETZEL<br><br>　　　Debtors<br><br>PAMELA J. WILSON, Trustee<br><br>　　　Movant<br><br>　　　v.<br><br>NO RESPONDENT | Bankruptcy No.  17-23732-GLT<br><br>Chapter 7<br><br><br><br>Doc. No. ___<br><br><br>Related to Docs. 102, 103<br>Hearing Date:  2/21/19, 10:30 a.m. |

## CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL

　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Trustee's Application to Employ Special Counsel filed on January 26, 2019, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than February 12, 2019.

　　　It is hereby requested that the Order attached to the Application be entered by the Court.

Date:  2/13/19

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Pamela J. Wilson*
　　　　　　　　　　　　　　　　　　　　　　　　　　Pamela J. Wilson, Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　　PA I.D. No. 77011
　　　　　　　　　　　　　　　　　　　　　　　　　　810 Vermont Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15234
　　　　　　　　　　　　　　　　　　　　　　　　　　412.341.4323
　　　　　　　　　　　　　　　　　　　　　　　　　　pwilson@pjwlaw.net