UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        Bankruptcy No. 17-23732-GLT

DAVID MATTHEW WETZEL            Chapter 7
PENNY LYNN WETZEL

      Debtors

### AMENDED VERIFICATION

I, Brenda Deems of Berkshire Hathaway HomeServices, verify that I have no connection with the debtors, the trustee, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee; and, based on the foregoing, I am a "disinterested person" within the meaning of Section 101 of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3-25-2019                                                                        Brenda Deems

Exhibit "B"