**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| DAVID MATTHEW WETZEL | : CASE NO. 17-23732-GLT |
| PENNY LYNN WETZEL | : |
|     DEBTORS | : CHAPTER 7 |
| | : |
| PAMELA J. WILSON, TRUSTEE | : DOCUMENT NO. _____ |
|     MOVANT | : |
| | : |
| VS. | : |
| | : |
| DAVID MATTHEW WETZEL, | : |
| PENNY LYNN WETZEL, | : |
| INTERNAL REVENUE SERVICE, | : |
| WASHINGTON COUNTY | : |
| TAX CLAIM BUREAU, COUNTY OF | : |
| WASHINGTON, CANTON | : |
| TOWNSHIP, and TRINITY AREA | : |
| SCHOOL DISTRICT | : |
|     RESPONDENTS | : |

**NOTICE OF HEARING ON MOTION FOR SALE OF REAL PROPERTY**
**FREE AND DIVESTED OF LIENS AND MOTION TO APPROVE CARVE OUT**

TO:  Respondents and all Creditors and Parties in Interest of the above named Debtor:

NOTICE IS HEREBY GIVEN THAT *Pamela J. Wilson, Trustee* has filed a Motion for Sale of Real Property Free and Divested of Liens the following property: 207 Rex Road, Washington, PA 15301 to Jerry Barnett of 125 Terrapin Road, Elkview, West Virginia for $30,000 according to the terms set forth in the *Motion for Sale*.

You are hereby notified that the Movant seeks an Order affecting your rights or property.

Any objections shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on all interested parties no later than April 25, 2019, i.e. at least (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's Web Page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

A hearing is scheduled for May 2, 2019 at 10:30 a.m, before Judge Gregory L. Taddonio in Courtroom "A", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania, 15219, *at which time higher/better offers will be considered and objections to the sale will be heard.* Terms announced at sale will supersede the terms of any prior notice.  Additional information regarding the sale may be obtained by contacting the Trustee's attorney, Pamela J. Wilson, 810 Vermont Avenue, Pittsburgh, PA 15234, (412) 341-4323, pwilson@pjwlaw.net.

Date of Notice:  April 8, 2019                 */s/ Pamela J. Wilson*
                                                                Pamela J. Wilson, Trustee
                                                                PA I.D. No. 77011
                                                                810 Vermont Avenue
                                                                Pittsburgh, PA  15234
                                                                (412) 341-4323
                                                                pwilson@pjwlaw.net