# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 17-23732-GLT |
| DAVID MATTHEW WETZEL<br>PENNY LYNN WETZEL | Chapter 7 |
| Debtors | |
| PAMELA J. WILSON, Trustee<br>Movant | Doc. No. _____ |
| | Related to Docs. 109, 110 |
| v. | Hearing Date: 4/18/19, 10:30 a.m. |
| DAVID MATTHEW WETZEL,<br>PENNY LYNN WETZEL, INTERNAL<br>REVENUE SERVICE, and WASHINGTON<br>COUNTY TAX CLAIM BUREAU | |
| Respondents | |

## CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Trustee's Application to Employ Real Estate Broker filed on March 22, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than April 11, 2019.

It is hereby requested that the Order attached to the Application be entered by the Court.

Date: 4/12/19

*/s/ Pamela J. Wilson*___
Pamela J. Wilson, Trustee
PA I.D. No. 77011
810 Vermont Avenue
Pittsburgh, PA 15234
412.341.4323
pwilson@pjwlaw.net