UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | § |
| | § |
| Withdrawal of Appearances by Robert C. Edmundson in Various Open Cases and Entry of Appearance of Replacement Counsel in Various Open Cases | § MISCELLANEOUS NO.: 19-203 § § § § § § § § |

## OMNIBUS ORDER GRANTING LEAVE TO WITHDRAW AND SUBSTITUTE APPEARANCES IN VARIOUS PENDING CASES

AND NOW this 12th Day of April, 2019, the Omnibus Motion to Withdraw and Substitute Replacement Counsel in various open cases is granted. The Clerk is directed to enter on the docket of each of the cases listed upon Schedule A and B the withdrawal of the Appearance of Robert C. Edmundson, and to enter the appearance of replacement counsel, T. Lawrence Palmer, upon the docket of each of the cases listed on Schedule A of the Motion, and to enter the appearance of replacement counsel, Anthony T. Kovalchick, upon the docket of each of the cases listed on Schedule B of the Motion.

By the Court,

_Carlota M. Böhm_
Carlota M. Böhm, Chief Bankruptcy Judge

FILED
4/12/19 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA