## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                    :    Case No.:    17-23732-GLT
                                          :    Chapter:     7
David Matthew Wetzel                      :                          **FILED**
Penny Lynn Wetzel                         :
                                          :    Date:        5/2/2019    MAY 0 2 2019
                    *Debtor(s)*.          :    Time:        10:30
                                                                    CLERK, U.S. BANKRUPTCY COURT
                                                                    WEST DIST. OF PENNSYLVANIA

### PROCEEDING MEMO

*MATTER:*    #115 - Trustee's Motion For Sale of Property and Approve Carve Out (207 Rex Road)
             Posted on EASI 4-9-19
             [Response due: 4-25-19]

*APPEARANCES:*

            Trustee:       Pamela J. Wilson
*NOTES:*

Wilson: This is a sale of property located at 207 Rex Road in Washington, PA.  The buyer is Jerry Barnett for $30,000.  He has no known relationship to the debtors.  The property shall be sold as-is, where-is.  The purchaser shall have a certified deposit of $1,000 in hand money with the balance to be paid within ten days.  We are requesting a carve-out for 15% of the gross sale proceeds and costs of sale to the IRS, who holds a lien in the amount of approximately $65,000 on the property.

Court: Are there any contingencies on the sale?

Wilson: No.

[The Court exposed the property for sale]

Court: The offer of Mr. Barnett is the highest and best offer.

*OUTCOME:*

1. The Motion to Sell [Dkt. No. 115] is granted (O/E).

**DATED:** 5/2/2019