**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David Matthew Wetzel**
**Penny Lynn Wetzel**
   Debtor(s)

Bankruptcy Case No.: 17–23732–GLT

Chapter: 7
Docket No.: 122 – 121

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Robert C. Edmundson, Esq. has been removed as attorney from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: April 30, 2019

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Matthew Wetzel
Penny Lynn Wetzel
    Debtors

Case No. 17-23732-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Apr 30, 2019
                   Form ID: 143    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.
aty        +Robert C. Edmundson, Office of Attorney General, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019           Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:

         Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov
         Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
         James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
         James R. Wood    on behalf of Creditor    Washington-East Washington Joint Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
         Jeffrey Sikirica    sikiricalaw@zoominternet.net
         Jeffrey J. Sikirica    on behalf of Joint Debtor Penny Lynn Wetzel SikiricaLaw@zoominternet.net, TrusteeSikirica@zoominternet.net
         Jeffrey J. Sikirica    on behalf of Debtor David Matthew Wetzel SikiricaLaw@zoominternet.net, TrusteeSikirica@zoominternet.net
         Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
         Jodi L. Hause    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com
         Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et. al. pawb@fedphe.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Pamela J. Wilson    pwilson@pjwlaw.net, pwilson@ecf.axosfs.com
         Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net, pwilson@ecf.axosfs.com
         Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov
         Thomas Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et. al. pawb@fedphe.com
         William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. Dba Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                        TOTAL: 16