IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| DAVID MATTHEW WETZEL | : CASE NO. 17-23732-GLT |
| PENNY LYNN WETZEL | : |
|     DEBTORS | : CHAPTER 7 |
| | : |
| PAMELA J. WILSON, TRUSTEE | : DOCUMENT NO. _____ |
|     MOVANT | : |
| | : |
|     VS. | : |
| | : |
| DAVID MATTHEW WETZEL, | : |
| PENNY LYNN WETZEL, | : |
| INTERNAL REVENUE SERVICE, | : |
| WASHINGTON COUNTY | : |
| TAX CLAIM BUREAU, COUNTY OF | : |
| WASHINGTON, CANTON | : |
| TOWNSHIP, and TRINITY AREA | : |
| SCHOOL DISTRICT | : |
|     RESPONDENTS | : |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, I served or caused to be served a copy of the Order Approving Sale of Real Property Free and Divested of Liens and Carve Out dated May 2, 2019, via first class mail, postage prepaid, on each of the following:

Jeffrey J. Sikirica, Esquire
121 Northbrook Drive
Gibsonia, PA  15044

Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA  19404-3020

David Matthew Wetzel
796 Baird Avenue
Washington, PA  15301

Penny Lynn Wetzel
796 Baird Avenue
Washington, PA  15301

Jill Locnikar
U.S. Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA  15219-1955

Washington County Tax Claim Bureau
100 W. Beau Street
Suite 205
Washington, PA  15301

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222-3721

Canton Township Tax Collector
1265 West Chestnut Street
Washington, PA  15301

Dated:  May 6, 2019

*/s/ Pamela J. Wilson*
Pamela J. Wilson, Esquire
PA ID No. 77011
810 Vermont Avenue
Pittsburgh, PA  15234
(412) 341-4323
Pwilson@pjwlaw.net