IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-23732-GLT |
| | ) | |
| DAVID MATTHEW WETZEL | ) | |
| PENNY LYNN WETZEL | ) | |
| | ) | Chapter 7 |
| Debtors | ) | |
| | ) | Doc. No. _____ |
| PAMELA J. WILSON, Trustee | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 10, 2020 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on August 20, 2020, at 10:30 a.m. before Judge Gregory L. Taddonio. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.Courtcall.com or at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with Judge Taddonio's Modified Telephonic Procedures (effective March 13, 2020), which can be found at www.pawb.uscourts.gov/procedures-2.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: 7/24/20    */s/ Pamela J. Wilson*
Attorney for Movant/Applicant
810 Vermont Avenue
Pittsburgh, PA 15234
(412) 341-4323
pwilson@pwilson@pjwlaw.net
Attorney I.D. No. 77011