**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID MATTHEW WETZEL<br>PENNY LYNN WETZEL<br><br>    Debtors<br><br>PAMELA J. WILSON, Trustee<br><br>    Movant<br><br>    v.<br><br>NO RESPONDENT | Bankruptcy No.  17-23732-GLT<br><br>Chapter 7<br><br><br><br><br>Doc. No. ___<br><br><br>Related to Docs. 137, 138<br>Hearing Date:  8/20/20, 10:30 a.m. |

**CERTIFICATE OF NO OBJECTION REGARDING
TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

   The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Trustee's Application to Employ Special Counsel filed on July 27, 2020, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than August 13, 2020.

   It is hereby requested that the Order attached to the Application be entered by the Court.

| | |
|---|---|
| Date:  8/14/20 | */s/ Pamela J. Wilson*___<br>Pamela J. Wilson, Trustee<br>PA I.D. No. 77011<br>810 Vermont Avenue<br>Pittsburgh, PA 15234<br>412.341.4323<br>pwilson@pjwlaw.net |