FILED
8/14/20 12:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Bankruptcy No. 17-23732-GLT |
| DAVID MATTHEW WETZEL<br>PENNY LYNN WETZEL | |
| Debtors | Chapter 7 |
| | Related to Dkt. No. 137 |
| PAMELA J. WILSON, Trustee | Hearing: August 20, 2020 at 10:30 a.m. |
| Movant | |
| v. | |
| NO RESPONDENT | |

**ORDER OF COURT**

    **AND NOW**, this 14th day of August 2020, upon consideration of Trustee's Application to Employ Special Counsel, it is ORDERED, ADJUDGED and DECREED as follows:

    1. The above referenced Application is hereby approved as of the date the Application was filed.

    2. Joseph V. Luvara, Esquire and Luvara Law Group, LLC are hereby appointed as Special Counsel for the Trustee pursuant to the terms (including compensation terms) described in the Trustee's Application for the limited purpose of acting as attorney in connection with the interest of the Bankruptcy Estate in pursuing assets, actions and claims as referenced in the foregoing Application, *provided however*, no settlement of any claim is to occur without prior Court Order after notice and hearing.

    3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

    4. Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.

    5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

**ENTERED BY DEFAULT**

_____
Gregory L. Taddonio, Judge    jah
United States Bankruptcy Court

Case Administrator to serve:
David & Penny Wetzel
Jeffrey J. Sikirica, Esq.
Pamela Wilson, Esq.
Office of U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David Matthew Wetzel  
Penny Lynn Wetzel  
    Debtors

Case No. 17-23732-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Aug 14, 2020  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2020.  
db        +David Matthew Wetzel,   796 Baird Avenue,   Washington, PA 15301-5408  
jdb      +Penny Lynn Wetzel,   784 Findley Street,   Washington, PA 15301-5316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2020 at the address(es) listed below:

         Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov  
         Brett A. Solomon    on behalf of Creditor    Ally Financial brett.solomon@solomon-legal.com  
         Carol Momjian    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue cmomjian@attorneygeneral.gov  
         James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
         James R. Wood    on behalf of Creditor    Washington-East Washington Joint Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
         Jeffrey Sikirica    sikiricalaw@zoominternet.net  
         Jeffrey J. Sikirica    on behalf of Joint Debtor Penny Lynn Wetzel SikiricaLaw@zoominternet.net, TrusteeSikirica@zoominternet.net  
         Jeffrey J. Sikirica    on behalf of Debtor David Matthew Wetzel SikiricaLaw@zoominternet.net, TrusteeSikirica@zoominternet.net  
         Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov  
         Jodi L. Hause    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com  
         Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et. al. pawb@fedphe.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Pamela J. Wilson    pwilson@pjwlaw.net, pwilson@ecf.axosfs.com  
         Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net, pwilson@ecf.axosfs.com  
         Thomas Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, As Trustee, et. al. pawb@fedphe.com  
         William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. Dba Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                    TOTAL: 16