## UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## All DIVISONS

In the Matter of:                                      Case No. See Attached List

See Attached List

### NOTICE OF CHANGE OF ADDRESS
### <u>CHECK ONLY ONE</u>

| | |
|---|---|
| ☐ | **Debtor's Change of Address** |
| ✔ | **Creditor's Change of Address** |

NAME:                          Atlas Acquisitions LLC

OLD MAILING ADDRESS:           294 Union St.

                               Hackensack, NJ 07601


NEW MAILING ADDRESS:           492C Cedar Lane, Ste 442

                               Teaneck, NJ 07666


Dated: October 26, 2020        /s/Avi Schild
                               Signature

REQUESTOR'S NAME:              Avi Schild

ADDRESS:                       492C Cedar Lane, Ste 442

                               Teaneck, NJ 07666

TELEPHONE NO.:                 888.762.9889

EMAIL ADDRESS:                 bk@atlasacq.com

| Number | File Date | First | Last |
|---|---|---|---|
| 19-10712 | 7/15/2019 | Wade A | Largent |
| 18-22843 | 7/16/2018 | Tarache L | Armstead |
| 19-22514 | 6/25/2019 | Laura V | Tillman |
| 19-21876 | 5/7/2019 | Nathaniel J | Waldor |
| 15-22166 | 6/15/2015 | David A | Fines |
| 19-20676 | 2/25/2019 | Richard J | Barko |
| 19-24159 | 10/25/2019 | John E | Wade |
| 19-10574 | 6/5/2019 | Rachel B | Burton |
| 19-70060 | 2/8/2019 | Eugene R | Faust |
| 15-10758 | 7/17/2015 | Robert C | Whitfield |
| 19-22795 | 7/14/2019 | Brian K | Langer |
| 19-21928 | 5/10/2019 | Scott A | Jacquemain |
| 19-22138 | 5/29/2019 | Michael A | Shinsky |
| 18-23877 | 10/1/2018 | Tiffany L | Gray |
| 19-21837 | 5/3/2019 | Joseph | Sears |
| 19-22262 | 6/4/2019 | Arthur W | Waugaman |
| 19-23757 | 9/26/2019 | Kathy | Semshack |
| 18-22629 | 6/29/2018 | Tina Marie | Vahosky |
| 18-20933 | 3/12/2018 | Joshua M | Upole |
| 18-21430 | 4/12/2018 | Lowell Bryan | Workman |
| 13-25360 | 12/31/2013 | David L | Sumney |
| 16-24487 | 12/2/2016 | Jack E | Waggoner |
| 18-24372 | 11/7/2018 | Brian P | Keffer |
| 19-24401 | 11/11/2019 | Ronnell | Taylor |
| 16-11116 | 11/18/2016 | Lee Roy | Armour |
| 19-23274 | 8/20/2019 | Rebecca | Hohn |
| 19-70684 | 11/4/2019 | David L | Bouch |
| 19-21726 | 4/27/2019 | Thomas W | Pouch |
| 19-10130 | 2/13/2019 | Robert M | Bianco |
| 18-23920 | 10/5/2018 | Benjamin R | Schall |
| 18-21443 | 4/13/2018 | Vanessa H | Sparrow |
| 18-10323 | 4/6/2018 | Jeremy Richard | Hubert |
| 19-22510 | 6/25/2019 | Mark A | Nelson |
| 16-10229 | 3/17/2016 | Lona Marie | Haggerty |
| 13-25131 | 12/9/2013 | Troy F | Andres |
| 19-23104 | 8/6/2019 | Christina M | Bauer |
| 18-23000 | 7/27/2018 | Keri A | Burgwin |
| 18-20356 | 1/31/2018 | James T | West |
| 19-10987 | 9/29/2019 | Robert | Pulling |
| 19-22576 | 6/27/2019 | Joseph | Carter |
| 19-21170 | 3/26/2019 | Marlene | Frazier |
| 13-24686 | 11/4/2013 | Cicero D | Childs |
| 19-20467 | 2/4/2019 | Jenelle | Pinto |
| 20-20947 | 3/12/2020 | Leslie Ann | Cooper |
| 20-10364 | 5/21/2020 | Robbi L | Reitz |
| 18-11276 | 12/14/2018 | Tasha L | Vinson |
| 19-10104 | 2/6/2019 | Luis Manuel | Vazquez |
| 19-22044 | 5/21/2019 | Candace K | Firestone |
| 20-20328 | 1/29/2020 | Brian C | Carey |
| 19-70135 | 3/12/2019 | Levi G | Stiles |
| 19-23549 | 9/9/2019 | Andrew M | Pampena |
| 19-70552 | 9/6/2019 | Takesha M | Dickens |
| 18-21783 | 5/4/2018 | Joseph M | Cusick |
| 20-20930 | 3/12/2020 | Jason | Dixon |
| 18-24569 | 11/27/2018 | Janet Linn | Ammons |
| 18-10943 | 9/17/2018 | Anthony | Carson |

| Number | File Date | First | Last |
|---|---|---|---|
| 19-22861 | 7/18/2019 | Jerry P | Nelson |
| 18-70614 | 8/31/2018 | Travis W | Jones |
| 18-70565 | 8/6/2018 | Ronald D | Fox |
| 18-70313 | 4/21/2018 | Raymond J | Barger |
| 19-21337 | 4/1/2019 | Francis J | Dimeglio |
| 20-21822 | 6/15/2020 | Michael | Hosack |
| 19-21279 | 3/29/2019 | Robert M | Johnson |
| 18-11211 | 11/21/2018 | Alexander A | Quear |
| 08-24379 | 7/3/2008 | Timothy M | Kucsmas |
| 19-24294 | 11/1/2019 | Jason P | Totin |
| 19-10505 | 5/17/2019 | Emily A | Kirkwood |
| 18-11213 | 11/26/2018 | Tyler | Guerra |
| 18-24665 | 12/3/2018 | Mary J | Helt |
| 20-21971 | 6/30/2020 | Anthony E | Riepole |
| 19-21006 | 3/14/2019 | Nicholas W | Neil |
| 18-23426 | 8/30/2018 | Donald L | Chapman |
| 19-23494 | 9/3/2019 | Erin M | Cordes |
| 19-21546 | 4/16/2019 | Steven E | Keffer |
| 18-24627 | 11/30/2018 | David W | Beck |
| 19-22493 | 6/21/2019 | Robert W | Fetterolf |
| 18-24619 | 11/29/2018 | Brandon Thomas | Colella |
| 19-23578 | 9/11/2019 | Tammy J | Mattie |
| 18-22908 | 7/23/2018 | Joseph J | Plezia |
| 19-20193 | 1/15/2019 | Theresa | Shepard |
| 15-22136 | 6/11/2015 | James L | Woodring |
| 17-23532 | 9/1/2017 | Joseph R | Staller |
| 19-22550 | 6/27/2019 | Tanya | Walker |
| 19-23339 | 8/23/2019 | Michael D | Bursey |
| 19-22604 | 6/28/2019 | Tina Ann | Smorey |
| 19-10371 | 4/12/2019 | Joshua | Deitz |
| 19-21340 | 4/1/2019 | Michael J | Nichols |
| 19-10971 | 9/26/2019 | Alan M | Gralewski |
| 19-23446 | 8/30/2019 | Cassandra | Bray |
| 19-70412 | 7/9/2019 | Bryan K | Deneen |
| 20-10284 | 4/16/2020 | Kerry J | Cook |
| 19-22708 | 7/8/2019 | Charles | M |
| 15-70773 | 11/10/2015 | Matthew Thomas | Miller |
| 20-21824 | 6/15/2020 | Maryann B | Lutz |
| 16-22608 | 7/14/2016 | Carrie E | Mccurdy |
| 19-21831 | 5/3/2019 | George | Williams |
| 18-23619 | 9/12/2018 | Anthony E | Riepole |
| 16-20095 | 1/13/2016 | Mark P | Bringenberg |
| 20-20166 | 1/15/2020 | Shawntika | Rice |
| 16-23362 | 9/9/2016 | John R | Weightman |
| 19-23750 | 9/25/2019 | Harvey T | Lohr |
| 17-22686 | 6/30/2017 | Franklin Dean | Loughner |
| 19-21071 | 3/18/2019 | Christopher M | Moats |
| 20-10220 | 3/16/2020 | Roger | Lucas |
| 15-24170 | 11/13/2015 | Patricia A | Lastominsky |
| 15-23912 | 10/27/2015 | Robert V | Racunas |
| 19-24705 | 12/5/2019 | David Lee | Wheeler |
| 20-10500 | 7/23/2020 | Barbara | Sanders |
| 19-10159 | 2/22/2019 | Barrie L | Owen |
| 18-10353 | 4/17/2018 | Robert Kaushma | Witherspoon |
| 19-22395 | 6/14/2019 | David E | Lisiecki |
| 19-22989 | 7/30/2019 | Ralph Louis | Luick |

| Number | File Date | First | Last |
|---|---|---|---|
| 19-24543 | 11/22/2019 | Sherri | Payne |
| 15-22103 | 6/9/2015 | Louis F | Zubik |
| 16-24726 | 12/22/2016 | C&d Coal | Company |
| 19-23017 | 7/31/2019 | Parris E | Hugley |
| 13-23853 | 9/10/2013 | Charles V | Attardi |
| 15-20768 | 3/9/2015 | Pamela C | Cuffie |
| 19-70733 | 12/4/2019 | William L | Royer |
| 17-24537 | 11/9/2017 | Keith Dorian | Hill |
| 17-21510 | 4/12/2017 | Ryan Terrell | Chester |
| 17-21516 | 4/12/2017 | Louis | Lynn |
| 15-22819 | 8/4/2015 | Shadena D | Higgins |
| 19-70041 | 1/29/2019 | Benjamin J | Moore |
| 18-24935 | 12/29/2018 | Timothy D | Schwartz |
| 20-21183 | 4/3/2020 | Mary M | Life |
| 19-21479 | 4/11/2019 | Diana L | Schneider |
| 19-20192 | 1/15/2019 | Jeremy K | Isacco |
| 17-23489 | 8/30/2017 | Donald J | Redinger |
| 17-10919 | 8/31/2017 | Johna S | Skolnekovich |
| 18-70222 | 3/27/2018 | Robert M | Murvine |
| 20-20165 | 1/15/2020 | Candace Lee | Stewart |
| 17-23732 | 9/17/2017 | David Matthew | Wetzel |
| 19-21446 | 4/9/2019 | John C | Phillips |
| 10-24554 | 6/25/2010 | Calvin L | Sheffield |
| 18-10807 | 8/10/2018 | India Michelle | Newell |
| 19-23055 | 8/1/2019 | Ryan Andrew | Jabaut |
| 19-22357 | 6/12/2019 | Matthew A | Manges |
| 19-22403 | 6/17/2019 | Tyrone | May |
| 18-21847 | 5/6/2018 | Robert Henry | Donley |
| 18-24014 | 10/12/2018 | Regina M | Knapper |
| 18-11309 | 12/28/2018 | Ryan E | Johnson |
| 19-22494 | 6/22/2019 | Chadwick D | Hoculock |
| 19-24207 | 10/29/2019 | Barry G | Broaddus |
| 20-20508 | 2/12/2020 | Gregory A | Rager |
| 18-22905 | 7/23/2018 | Steven E | Montgomery |
| 16-21887 | 5/19/2016 | Timothy P | Twaddle |
| 17-22498 | 6/19/2017 | James L | Fortunato |
| 19-10171 | 2/25/2019 | Christopher David | Hill |
| 16-22028 | 5/31/2016 | Nikola J | Relic |
| 15-21457 | 4/27/2015 | Gerald R | Bowman |
| 19-24390 | 11/11/2019 | Anthony J | Nerti |
| 19-20310 | 1/24/2019 | Mark E | Mclure |
| 18-70119 | 2/27/2018 | Veronica L | Blazevich |
| 19-23619 | 9/13/2019 | Brad A | Davis |
| 20-20874 | 3/6/2020 | Justin A | Davis |
| 17-11099 | 10/18/2017 | Adrianne Yevette | Watson |
| 18-23489 | 9/1/2018 | Mandy L | Stolar |
| 18-20860 | 3/6/2018 | Leeann | Benninghoff |
| 19-23718 | 9/23/2019 | Joseph T | Sawicky |
| 19-22652 | 6/30/2019 | Justin R | Deery |
| 20-20357 | 1/31/2020 | Lawrence A | Street |
| 19-10818 | 8/14/2019 | Andrea | Jones |
| 15-11231 | 11/18/2015 | Ronald L | Ehrman |
| 19-24304 | 11/1/2019 | Lisa L | Foley |
| 19-21025 | 3/15/2019 | Richard | Cain |
| 19-10163 | 2/22/2019 | Cindy L | Brown |
| 19-21316 | 3/31/2019 | Charles D | Zombeck |

| Number | File Date | First | Last |
|---|---|---|---|
| 18-23979 | 10/10/2018 | Lawson Nursing | Home |
| 16-10896 | 9/20/2016 | Deborah A | Smith |
| 19-20718 | 2/27/2019 | Jeremy Lee Roy | Allshouse |
| 17-23599 | 9/7/2017 | Darnell D | Young |
| 19-23151 | 8/9/2019 | Jason B | Stark |
| 19-20666 | 2/23/2019 | Melissa Ann | Unglaub |
| 19-24072 | 10/18/2019 | Kimberly R | Kahl |
| 19-20462 | 2/2/2019 | Alicia M | Morgan |
| 20-20643 | 2/24/2020 | Ernest J | Furno |
| 19-21709 | 4/26/2019 | Richard D | Piwowar |
| 19-10108 | 2/7/2019 | Christopher Lee | Glaister |
| 20-10476 | 7/13/2020 | James Alan | Guerra |
| 18-24442 | 11/13/2018 | Judith A | Hartman |
| 20-20214 | 1/20/2020 | Joseph R | Sundo |
| 19-23400 | 8/28/2019 | Regis Paul | Mcmanus |
| 19-70094 | 2/26/2019 | Jill L | Smith |
| 19-21009 | 3/14/2019 | Russell A | Jumper |
| 18-24578 | 11/27/2018 | Victor Michael | Matichko |
| 20-20358 | 1/29/2019 | Jason L | Rankin |
| 19-20772 | 2/28/2019 | Scott A | Ferguson |
| 19-21028 | 3/15/2019 | Justin J | Doyle |
| 20-22254 | 7/31/2020 | David D | Ednie |
| 19-20824 | 3/2/2019 | Brenda L | Richmond |
| 20-20406 | 2/3/2020 | Ivorie M | Hines |
| 16-20951 | 3/15/2016 | Gail L | Rowe |
| 18-10091 | 2/1/2018 | Jodie L | Dickey |
| 19-22049 | 5/21/2019 | Brandon C | Nelson |
| 17-70758 | 10/18/2017 | Adele M | Vocco |
| 19-23253 | 8/16/2019 | Jason A | Biswick |
| 18-23169 | 8/7/2018 | Emily Anne | Council |
| 15-21727 | 5/13/2015 | William J | Herrington |
| 20-21603 | 5/22/2020 | Michael Paul | Skidmore |
| 18-21666 | 4/27/2018 | James J | Borkowski |
| 19-20007 | 1/2/2019 | Rosalind | Oliver |