UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:     DAVID M WETZEL                        CASE NO:     17-23732

                                                 CHAPTER:     7

   Debtor (s)

### NOTICE OF CLAIM SATISFACTION

As to Claim 7 filed on 10/20/2017, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 7 Trustee, debtor, or any third party.


07/27/2021                           /s/Andres Bautista
                                     Bankruptcy Specialist
                                     Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (03/03/21)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served via the Court's ECF system, I certify that on 07/27/2021, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

07/27/2021                             /s/Andres Bautista
                                       Bankruptcy Specialist
                                       Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto