FILED
7/28/21 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:    DAVID M WETZEL                    CASE NO:    17-23732

                                            CHAPTER:    7

Debtor (s)                                  Claim No. 7
                                            Related to Dkt. No. 146

## NOTICE OF CLAIM SATISFACTION

As to Claim 7 filed on 10/20/2017, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 7 Trustee, debtor, or any third party.

07/27/2021                     /s/Andres Bautista
                              Bankruptcy Specialist
                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto


SO ORDERED
July 28, 2021


GREGORY L. TADDONIO jah
UNITED STATES BANKRUPTCY JUDGE


BK-07 (03/03/21)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23732-GLT

David Matthew Wetzel                                                       Chapter 7

Penny Lynn Wetzel

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: dkam                        Page 1 of 2

Date Rcvd: Jul 28, 2021                 Form ID: pdf900                   Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Matthew Wetzel, 796 Baird Avenue, Washington, PA 15301-5408 |
| jdb | + | Penny Lynn Wetzel, 784 Findley Street, Washington, PA 15301-5316 |
| cr | + | Wells Fargo Bank, N.A. Dba Wells Fargo Dealer Serv, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Carol Momjian | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov |
| James R. Wood | on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

District/off: 0315-2                          User: dkam                                    Page 2 of 2

Date Rcvd: Jul 28, 2021                       Form ID: pdf900                               Total Noticed: 3

Jeffrey Sikirica
                sikiricalaw@zoominternet.net

Jeffrey J. Sikirica
                on behalf of Joint Debtor Penny Lynn Wetzel SikiricaLaw@zoominternet.net  TrusteeSikirica@zoominternet.net

Jeffrey J. Sikirica
                on behalf of Debtor David Matthew Wetzel SikiricaLaw@zoominternet.net  TrusteeSikirica@zoominternet.net

Jill Locnikar
                on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
                patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause
                on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com,
                pawb@fedphe.com

Josph Luvara
                on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com

Josph Luvara
                on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com

Mario J. Hanyon
                on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee, et. al. wbecf@brockandscott.com,
                mario.hanyon@brockandscott.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
                pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
                on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Stephen John Taczak, Tacza
                on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com

Thomas Song
                on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee, et. al. pawb@fedphe.com

William E. Craig
                on behalf of Creditor Wells Fargo Bank  N.A. Dba Wells Fargo Dealer Services ecfmail@mortoncraig.com,
                mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 19