UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                )
                                      )
    Penny Wetzel            )          No. 17-23732
    David Wetzel            )
                                      )          Chapter 13
                                      )
_____

Creditor:    UPMC Health Services

WITHDRAWAL OF CLAIM

    Notice is hereby given that UPMC Health Services hereby withdraws claim number 17 previously filed in this matter on July 2, 2018.

Respectfully Submitted,

By: ___/s/ Ty Anthony Riha_____

Ty Anthony Riha
DCM Services / Bankruptcy
PO Box 1123
Minneapolis, MN 55440
Phone: 612-243-8554
Fax: 612-243-8309