UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                           )
                                 )
    Penny Wetzel            )         No. 17-23732
    David Wetzel            )
                                 )         Chapter 13
                                 )
_____

Creditor:    UPMC Physician Services

WITHDRAWAL OF CLAIM

    Notice is hereby given that UPMC Physician Services hereby withdraws claim number 18 previously filed in this matter on July 3, 2018.

    Respectfully Submitted,

    By: ___/s/ Ty Anthony Riha_____

    Ty Anthony Riha
    DCM Services / Bankruptcy
    PO Box 1123
    Minneapolis, MN 55440
    Phone: 612-243-8554
    Fax: 612-243-8309