UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/4/22 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                          )
                                )
    Penny Wetzel               )          No. 17-23732
    David Wetzel               )
                                )          Related to Dkt. No. 151
                                )          Chapter 7
_____

Creditor:      UPMC Physician Services


WITHDRAWAL OF CLAIM


Notice is hereby given that UPMC Physician Services hereby withdraws claim number 18 previously filed in this matter on July 3, 2018.


Respectfully Submitted,


By: ___/s/ Ty Anthony Riha_____

    Ty Anthony Riha
    DCM Services / Bankruptcy
    PO Box 1123
    Minneapolis, MN 55440
    Phone: 612-243-8554
    Fax: 612-243-8309



SO ORDERED
October 04, 2022



_____
Gregory L. Taddonio        jah
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 17-23732-GLT

David Matthew Wetzel                                                         Chapter 7

Penny Lynn Wetzel

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 04, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Oct 04 2022 23:51:55 | UPMC Physician Services, c/o DCM Services/Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2022                Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Carol Momjian | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov |
| James R. Wood | |

District/off: 0315-2

Date Rcvd: Oct 04, 2022

User: auto

Form ID: pdf900

Page 2 of 2

Total Noticed: 1

on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Jeffrey Sikirica

sikiricalaw@zoominternet.net

Jeffrey J. Sikirica

on behalf of Joint Debtor Penny Lynn Wetzel jjspaesq@gmail.com  TrusteeSikirica@zoominternet.net

Jeffrey J. Sikirica

on behalf of Debtor David Matthew Wetzel jjspaesq@gmail.com  TrusteeSikirica@zoominternet.net

Jill Locnikar

on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause

on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Josph Luvara

on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com

Josph Luvara

on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com

Mario J. Hanyon

on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee, et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson

pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson

on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson

on behalf of Trustee Pamela Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Stephen John Taczak, Tacza

on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com

Thomas Song

on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee, et. al. pawb@fedphe.com

Thomas A. Lonich

on behalf of Defendant Laurie Pinkerton talonich@earthlink.net

William E. Craig

on behalf of Creditor Wells Fargo Bank  N.A. Dba Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 21