## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-23732-GLT |
| DAVID MATTHEW WETZEL | ) | |
| PENNY LYNN WETZEL | ) | |
| | ) | |
| Debtors | ) | Chapter 7 |
| | ) | |
| Pamela J. Wilson, Trustee | ) | |
| | ) | |
| Movant | ) | Doc. No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| David Matthew Wetzel | ) | |
| Penny Lynn Wetzel | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S MOTION TO APPROVE SETTLEMENT AND DISTRIBUTION OF SETTLEMENT PROCEEDS

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Trustee's Motion to Approve Settlement and Distribution of Settlement Proceeds filed on October 7, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 24, 2022.

It is hereby requested that the Order attached to the Motion be entered by the Court.

Date: October 25, 2022

*/s/ Pamela J. Wilson___*
Pamela J. Wilson, Trustee
PA I.D. No. 77011
810 Vermont Avenue
Pittsburgh, PA 15234
412.341.4323
pwilson@pjwlaw.net