FILED
10/26/22 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.  17-23732-GLT |
| DAVID M. WETZEL | ) | |
| PENNY LYNN WETZEL | ) | |
| | ) | |
| Debtors | ) | Chapter 7 |
| | ) | |
| Pamela J. Wilson, Trustee | ) | |
| | ) | |
| Movant | ) | Related to Dkt. No. 156 |
| | ) | Hearing:  November 10, 2022 at 10:30 a.m. |
| v. | ) | |
| | ) | |
| DAVID M. WETZEL | ) | |
| PENNY LYNN WETZEL | ) | |
| | ) | |
| Respondents | ) | |

## ORDER

And now this 26th day of October 2022, upon motion of Pamela J. Wilson, Esquire, Trustee in the above captioned bankruptcy matter, for approval of settlement and distribution of the $380,000 settlement proceeds, it is hereby ORDERED, ADJUDGED, AND DECREED that the $380,000 settlement is approved and, further, that Special Counsel shall distribute the settlement proceeds as follows:

| | |
|---|---|
| $152,000.00 | to Special Counsel representing 40 % contingent fee |
| $8,565.63 | to Special Counsel representing reimbursement of advanced expenses |
| $43,465.00 | to Debtors representing payment of Debtors' exemptions |
| $175,969.37 | to Pamela J. Wilson as Trustee representing settlement funds to bankruptcy estate for distribution to creditors to be held by the Trustee pending distribution by separate court order |

Prepared by:   Pamela Wilson

**DEFAULT ENTRY**

Dated: October 26, 2022

Gregory L. Taddonio          jah
Chief United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-23732-GLT
David Matthew Wetzel  Chapter 7
Penny Lynn Wetzel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Oct 26, 2022      Form ID: pdf900      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Matthew Wetzel, 796 Baird Avenue, Washington, PA 15301-5408 |
| jdb | + | Penny Lynn Wetzel, 784 Findley Street, Washington, PA 15301-5316 |
| sp | | Brittani R Hassen, Kontos Mengine Law Group, 603 Stanwix Street, Two Gateway Center, Suite 1228 Pittsburgh, PA 15222 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

**Name**      **Email Address**

Anthony T. Kovalchick
     on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov

Brett A. Solomon
     on behalf of Creditor Ally Financial brett@solomon-legal.com

Brian Nicholas
     on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

Carol Momjian
     on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov

James R. Wood

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jeffrey Sikirica

sikiricalaw@zoominternet.net

Jeffrey J. Sikirica

on behalf of Joint Debtor Penny Lynn Wetzel jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jeffrey J. Sikirica

on behalf of Debtor David Matthew Wetzel jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jill Locnikar

on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause

on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Josph Luvara

on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com

Josph Luvara

on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com

Mario J. Hanyon

on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson

on behalf of Trustee Pamela Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson

pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson

on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Stephen John Taczak, Tacza

on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com

Thomas Song

on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. pawb@fedphe.com

Thomas A. Lonich

on behalf of Defendant Laurie Pinkerton talonich@earthlink.net

William E. Craig

on behalf of Creditor Wells Fargo Bank N.A. Dba Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 21