# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID MATTHEW WETZEL<br>PENNY LYNN WETZEL<br><br>DAVID MATTHEW WETZEL<br>PENNY LYNN WETZEL<br>                    Movants<br><br>vs.<br>No Respondents | CASE NO: 17-23732-GLT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 11/14/2022, I did cause a copy of the following documents, described below,

NOTICE OF HEARING, RESPONSE DEADLINE & COPY OF MOTION REGARDING MOTION TO SEPARATE THE JOINT CASE AND ALLOW EACH DEBTOR/MOVANT TO PROCEED IN THEIR OWN SEPARATE BANKRUPTCY CASE, PROPOSED ORDER and EXHIBIT A.

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/14/2022

/s/ Jeffrey J. Sikirica
Jeffrey J. Sikirica  36745

P.O. Box 13426
Pittsburgh, PA  15243
724 625 2566
JJSPAESQ@gmail.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DAVID MATTHEW WETZEL<br>PENNY LYNN WETZEL<br><br>DAVID MATTHEW WETZEL<br>PENNY LYNN WETZEL<br>       Movants<br>vs.<br>No Respondents | CASE NO: 17-23732-GLT<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 11/14/2022, a copy of the following documents, described below,

NOTICE OF HEARING, RESPONSE DEADLINE & COPY OF MOTION REGARDING MOTION TO SEPARATE THE JOINT CASE AND ALLOW EACH DEBTOR/MOVANT TO PROCEED IN THEIR OWN SEPARATE BANKRUPTCY CASE, PROPOSED ORDER and EXHIBIT A.

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/14/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica

P.O. Box 13426
Pittsburgh, PA  15243

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL(1), DUPLICATE ADDRESS,
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

ALLY
PO BOX 360902
BLOOMINGTON MN 55438-0902

ALLY FINANCIAL
TUCKER ARENSBERG PC
CO BRETT A SOLOMON ESQUIRE
1500 ONE PPG PLACE
PITTSBURGH PA 15222-5413

ALLY FINANCIAL
PO BOX 130424
ROSEVILLE MN 55113-0004

ALLY PAYMENT PROCESSING CENTER
PO BOX 9001925
LOUISVILLE KY 40290-1925

AMBULANCE CHAIR SERVICE
75 BRADEN STREET
WASHINGTON PA 15301-4087

(P)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

CVI SGPCO ACQUISITION TRUST CO
RESURGENT C
PO BOX 10675
GREENVILLE SC 29603-0675

CAROL E MOMJIAN ESQUIRE
COMM OF PA DEPT OF REVENUE
BUREAU OF COMPLIANCE
P O BOX 280946
HARRISBURG PA 17128-0946

CHADRON S CLINE  IRS
1100 MAIN STREET
WHEELING WV 26003-2737

COLLECTION SERVICE CENTER INC
839 5TH AVENUE
PO BOX 560
NEW KENSINGTON PA 15068-0560

COMCASR
PO BOX 3001
SOUTHEASTERN PA 19398-3001

COMMONWEALTH OF PENNSYLVANIA DEPARTMEN
OF
BUREAU OF COMPLIANCE
DEPARTMENT 280948
HARRISBURG PA 17128-0948

WILLIAM E CRAIG
MORTON AND CRAIG LLC
110 MARTER AVENUE
SUITE 301
MOORESTOWN NJ 08057-3125

CROSSROADS EYE CARE ASSOCIATES
4160 WASHINGTON ROAD 3
MCMURRAY PA 15317-2533

BRENDA DEEMS
BERKSHIRE HATHAWAY HOMESERVICES
207 REX ROAD
WASHINGTON PA 15301-8709

DIRECTV LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 5008
CAROL STREAM IL  60197-5008

DITECH FINANCIAL LLC
AKA CITIFINANCIAL SERVICING LLC
3000 BAYPORT DRIVE SUITE 880
TAMPA FL 33607-8409

GREATER WASHINGTON RADIOLOGY
155 WILSON AVENUE
WASHINGTON PA 15301-3336

MARIO J HANYON
BROCK  SCOTT PLLC
302 FELLOWSHIP ROAD
SUITE 130
MOUNT LAUREL NJ 08054-1218

HARLEY DAVIDSON CREDIT CORP
DEPT 15128
PALATINE IL 60055-5129

HARLEYDAVIDSON CREDIT CORP
PO BOX 9013
ADDISON TEXAS 75001-9013

BRITTANI R HASSEN
KONTOS MENGINE LAW GROUP
603 STANWIX STREET
TWO GATEWAY CENTER
SUITE 1228
PITTSBURGH PA 15222

JODI L HAUSE
PHELAN HALLINAN DIAMOND  JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET SUITE 300
PITTSBURGH PA 15219-4408

INTERNAL REVENUE SERVICE
1100 MAIN STREET
THE HORNE BLDG STE 103
WHEELING WV 26003-2737

INTERNAL REVENUE SERVICE
POB 7346
PHILDELPHIA PA 19101-7346

JEFFREY PINKERTON  IRS
ATTN LEVYLEGAL
WASHINGTON PA 15301

ANTHONY T KOVALCHICK
PA OFFICE OF THE ATTORNEY GENERAL
1251 WATERFRONT PLACE
MEZZANINE LEVEL
PITTSBURGH PA 15222-4227

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (1), PLEASE SEE ABOVE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JILL LOCNIKAR                        JOSEPH V LUVARA                      MEDEXPRESS BILLING
US ATTORNEYS OFFICE                  LUVARA LAW GROUP LLC                 ATTN 7964C
700 GRANT STREET SUITE 4000          1822 WORCESTER DRIVE                 PO BOX 14000
PITTSBURGH PA 15219-1955             PITTSBURGH PA 15243-1538             BELFAST ME 04915-4033



CAROL MOMJIAN                        BRIAN NICHOLAS                       OFFICE OF ATTORNEY GENERAL DEPARTMENT
PA OFFICE OF ATTORNEY GENERAL        KML LAW GROUP PC                     OF REV
1600 ARCH STREET                     701 MARKET STREET                    ROBERT C EDMUNDSON
SUITE 300                            SUITE 5000                           564 FORBES AVENUE
PHILADELPHIA PA 19103-2016           PHILADELPHIA PA 19106-1541           PITTSBURGH PA 15219-2908



OFFICE OF THE UNITED STATES TRUSTEE  PEIR 1 IMPORTS                       PENNSYLVANIA AMERICAN WATER
LIBERTY CENTER                       PO BOX 659617                        PO BOX 371412
1001 LIBERTY AVENUE SUITE 970        SAN ANTONIO TX 78265-9617            PITTSBURGH PA 15250-7412
PITTSBURGH PA 15222-3721



PENNSYLVANIA AMERICAN WATER COMPANY  PENNSYLVANIA DEPT OF REVENUE         PHELAN HALLIHAN DIAMOND  JONES LLP
PO BOX 578                           DEPARTMENT 280946                    1617 JFK BOULEVARD SUITE 1400
ALTON IL 62002-0578                  PO BOX 280946                        PHILADELPHIA PA 19103-1814
                                     ATTN- BANKRUPTCY DIVISION
                                     HARRISBURG PA 17128-0946



PITTBURGH OCULOPLASTIC ASSOCS LTD    QUEST DIAGNOTICS VENTURE LLC         SEAN GRIMM  PA DEPT OF REVENUE
3471 FIFTH AVE                       PO BOX 740717                        4TH AND WALNUT STREET
SUITE 11115                          CINCINNATI OH 45274-0717             HARRISBURG PA 17128-0001
PITTSBURGH PA 15213-3215



BRETT A SOLOMON                      THOMAS SONG                          UPMC HEALTH SERVICES
LAWYERS SETTLEMENT AND ABSTRACT      PHELAN HALLINAN DIAMOND  JONES LLP   CO DCM SERVICESBANKRUPTCY
SOLOMON LEGAL GROUP                  1617 JFK BOULEVARD                   PO BOX 1123
SUITE 2BF                            SUITE 1400                           MINNEAPOLIS MN 55440-1123
PITTSBURGH PA 15238                  PHILADELPHIA PA 19103-1814



UPMC HEALTH SERVICES                 UPMC PHYSICIAN SERVICES              UPMC PHYSICIAN SERVICES
PO BOX 371472                        CO DCM SERVICESBANKRUPTCY            PO BOX 1123
PITTSBURGH PA 15250-7472             PO BOX 1123                          MINNEAPOLIS MN 55440-1123
                                     MINNEAPOLIS MN 55440-1123



US ATTORNEYS OFFICE                  UNITED STATES OF AMERICA DEPARTMENT OF   VERIZON
WESTERN DISTRICT OF PENNSYLVANIA     THE T                                    BY AMERICAN INFOSOURCE LP AS AGENT
PITTSBURGH PA 15219                  COOFFICE OF US ATTY FOR WD OF PA         PO BOX 248838
                                     US POST OFFICE   COURTHOUSE              OKLAHOMA CITY OK  73124-8838
                                     700 GRANT STREET SUITE 4000
                                     PITTSBURGH PA 15219-1956



WHS LAKESIDE PRIMARY CARE            WILMINGTON SAVINGS FUND SOCIETY FSB AS   WASHINGTON COUNTY TAX CLAIM BUREAU
1001 WATERDAM PLAZA DRIVE            TRU                                      100 W BEAU STREET
CANONSBURG PA 15317-2466             CARRINGTON MORTGAGE SERVICES LLC         ROOM 205
                                     1600 SOUTH DOUGLASS ROAD                 WASHINGTON PA 15301-4483
                                     ANAHEIM CA 92806-5948
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)+DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WASHINGTON HEALTH SYSTEM<br>CARDIOVASCULAR CARE   WASHINGTON<br>PO BOX 855<br>WASHINGTON PA 15301-0855 | WASHINGTON HEALTH SYSTEM<br>LAKESIDE PRIMARY CARE<br>PO BOX 855<br>WASHINGTON PA 15301-0855 | WASHINGTON HEALTH SYSTEM<br>ORTHOPEDICS   SPORTS MEDICINE<br>PO BOX 855<br>WASHINGTON PA 15301-0855 |
| WASHINGTONEAST WASHINGTON JOINT<br>AUTHORITY<br>CO PORTNOFF LAW ASSOCIATES LTD<br>PO BOX 3020<br>NORRISTOWN PA 19404-3020 | WELLS FARGO BANK NA DBA WELLS FARGO<br>DEALE<br>PO BOX 19657<br>IRVINE CA 92623-9657 | WELLS FARGO DEALER SERVICES<br>PO BOX 17900<br>DENVER CO 802170900 |
| WEST PENN POWER<br>2800 POTTSVILLE PIKE<br>PO BOX 16001<br>READING PA 19612-6001 | WEST PENN POWER<br>5001 NASA BLVD<br>FAIRMONT WV 26554-8248 | WEST PENN POWER<br>PO BOX 3687<br>AKRON OH 44309-3687 |
| DAVID MATTHEW WETZEL<br>796 BAIRD AVENUE<br>WASHINGTON PA 15301-5408 | PENNY LYNN WETZEL<br>784 FINDLEY STREET<br>WASHINGTON PA 15301-5316 | PAMELA J WILSON<br>810 VERMONT AVENUE<br>PITTSBURGH PA 15234-1222 |
| JAMES R WOOD<br>PORTNOFF LAW ASSOCIATES LTD<br>2700 HORIZON DRIVE<br>SUITE 100<br>KING OF PRUSSIA PA 19406-2726 | | |