IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| DAVID MATTHEW WETZEL | : | Bankruptcy No. 17-23732-GLT |
| PENNY LYNN WETZEL | : | Chapter 7 |
| | : | |
| Debtors. | : | Document No. _____ |
| | : | Related to Docket Nos. 162, 163, 164 & |
| DAVID MATTHEW WETZEL | : | 165 |
| PENNY LYNN WETZEL | : | |
| | : | |
| Movants, | : | Hearing Date & Time: |
| vs. | : | December 22, 2022 @ 10:30 am |
| | : | |
| | : | |
| No Respondents. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION OF DEBTORS TO SEPARATE THE JOINT CASE AND ALLOW EACH
## DEBTOR/MOVANT TO PROCEED IN THEIR OWN SEPARATE BANKRUPTCY CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the above cited Motion filed on **November 14, 2022** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **December 1, 2022**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: **12/01/2022**             By: /s/ Jeffrey J. Sikirica
                                               Signature

                                               Jeffrey J. Sikirica
                                               Typed Name

                                               P.O. Box 13426, Pittsburgh, PA  15243
                                               Address

                                               724-625-2566
                                               Phone No.

                                               PA ID 36745
                                               List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**