**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David Matthew Wetzel**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9319<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    17–23732–GLT

# Order of Discharge                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Matthew Wetzel

2/13/23

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-23732-GLT

David Matthew Wetzel  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 13, 2023 | Form ID: 318JO1 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Matthew Wetzel, 796 Baird Avenue, Washington, PA 15301-5408 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| r | + | Brenda Deems, Berkshire Hathaway Homeservices, 207 Rex Road, Washington, PA 15301-8709 |
| sp | | Brittani R Hassen, Kontos Mengine Law Group, 603 Stanwix Street, Two Gateway Center, Suite 1228 Pittsburgh, PA 15222 |
| cr | | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Department 280948, Harrisburg, PA 17128-0948 |
| sp | + | Joseph V. Luvara, Luvara Law Group, LLC, 1822 Worcester Drive, pittsburgh, PA 15243-1538 |
| cr | + | Office of Attorney General Department of Revenue, Robert C. Edmundson, 564 Forbes Avenue, Pittsburgh, PA 15219-2908 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14715757 | + | Ally Payment Processing Center, PO Box 9001925, Louisville, KY 40290-1925 |
| 14851353 | + | Ambulance & Chair Service, 75 Braden Street, Washington, PA 15301-4087 |
| 15102852 | | Carol E. Momjian, Esquire, Comm. of PA Dept of Revenue, Bureau of Compliance, P O Box 280946, Harrisburg, PA 17128-0946 |
| 14715758 | + | Chadron S. Cline - IRS, 1100 Main Street, Wheeling, WV 26003-2737 |
| 14863862 | | Collection Service Center, Inc., 839 5th Avenue, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14863052 | | Crossroads Eye Care Associates, 4160 Washington Road #3, McMurray, PA 15317-2533 |
| 14694525 | + | Ditech Financial LLC, aka Citifinancial Servicing LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14863053 | + | Greater Washington Radiology, 155 Wilson Avenue, Washington, PA 15301-3336 |
| 14715761 | | Harley Davidson Credit Corp., Dept. 15128, Palatine, IL 60055-5129 |
| 14694526 | + | Internal Revenue Service, 1100 Main Street, The Horne Bldg, Ste. 103, Wheeling, WV 26003-2737 |
| 14715764 | | Jeffrey Pinkerton - IRS, Attn: Levy/Legal, Washington, PA 15301 |
| 14863054 | | MedExpress Billing, Attn #7964C, PO Box 14000, Belfast, ME 04915-4033 |
| 14715766 | | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14694528 | + | Phelan Hallihan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14863055 | + | Pittburgh Oculoplastic Assocs., Ltd, 3471 Fifth Ave., Suite 11115, Pittsburgh, PA 15213-3215 |
| 14863056 | | Quest Diagnostics Venture, LLC, PO Box 740717, Cincinnati, OH 45274-0717 |
| 14715769 | + | Sean Grimm - PA Dept. of Revenue, 4th and Walnut Street, Harrisburg, PA 17128-0001 |
| 14715771 | | US Attorney's Office, Western District of Pennsylvania, Pittsburgh, PA 15219 |
| 14863058 | + | WHS Lakeside Primary Care, 1001 Waterdam Plaza Drive, Canonsburg, PA 15317-2466 |
| 14694530 | + | Washington County Tax Claim Bureau, 100 W Beau Street, Room 205, Washington, PA 15301-4483 |
| 14851356 | + | Washington Health System, Cardiovascular Care - Washington, PO Box 855, Washington, PA 15301-0855 |
| 14851354 | + | Washington Health System, Lakeside Primary Care, PO Box 855, Washington, PA 15301-0855 |
| 14851355 | + | Washington Health System, Orthopedics & Sports Medicine, PO Box 855, Washington, PA 15301-0855 |
| 14774773 | + | Washington-East Washington Joint Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Feb 14 2023 04:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

Case 17-23732-GLT   Doc 171   Filed 02/15/23   Entered 02/16/23 00:23:42   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2023 | Form ID: 318JO1 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2023 23:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 14 2023 04:39:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Feb 13 2023 23:38:39 | UPMC Health Services, c/o DCM Services/Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| cr | ^ | MEBN | Feb 13 2023 23:38:36 | UPMC Physician Services, c/o DCM Services/Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| cr | + | EDI: WFFC2 | Feb 14 2023 04:39:00 | Wells Fargo Bank, N.A. Dba Wells Fargo Dealer Serv, PO Box 19657, Irvine, CA 92623-9657 |
| 14715756 | | EDI: GMACFS.COM | Feb 14 2023 04:39:00 | ALLY, PO Box 360902, Bloomington, MN 55438-0902 |
| 14753082 | | EDI: ATLASACQU | Feb 14 2023 04:39:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14716509 | | EDI: GMACFS.COM | Feb 14 2023 04:39:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14879622 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2023 23:44:14 | CVI SGP-CO Acquisition Trust C/O Resurgent Capital, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14779691 | | EDI: DIRECTV.COM | Feb 14 2023 04:39:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14710127 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 13 2023 23:43:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14715763 | | EDI: IRS.COM | Feb 14 2023 04:39:00 | Internal Revenue Service, POB 7346, Phildelphia, PA 19101-7346 |
| 14694527 | | EDI: WFNNB.COM | Feb 14 2023 04:39:00 | Peir 1 Imports, PO Box 659617, San Antonio, TX 78265-9617 |
| 14701348 | | EDI: PENNDEPTREV | Feb 14 2023 04:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14701348 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2023 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14694529 | ^ | MEBN | Feb 13 2023 23:38:32 | UPMC Health Services, PO Box 371472, Pittsburgh, OR 15250-7472 |
| 14863057 | ^ | MEBN | Feb 13 2023 23:38:32 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14874737 | ^ | MEBN | Feb 13 2023 23:38:39 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14875325 | ^ | MEBN | Feb 13 2023 23:38:36 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14749338 | | EDI: AIS.COM | Feb 14 2023 04:39:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14762979 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 13 2023 23:43:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE,, CARRINGTON MORTGAGE SERVICES, LLC, 1600 SOUTH DOUGLASS ROAD, ANAHEIM, CA 92806-5948 |
| 14713865 | | EDI: WFFC2 | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2023 | Form ID: 318JO1 | Total Noticed: 57 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 14 2023 04:39:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 14715773 | | EDI: WFFC.COM | Feb 14 2023 04:39:00 | Wells Fargo Dealer Services, PO Box 17900, Denver, CO 802170900 |
| 14715775 | | Email/Text: bankruptcy@firstenergycorp.com | Feb 13 2023 23:43:00 | West Penn Power, 2800 Pottsville Pike, PO Box 16001, Reading, PA 19612-6001 |
| 14715774 | | Email/Text: bankruptcy@firstenergycorp.com | Feb 13 2023 23:43:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14769805 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 13 2023 23:43:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | | Wilmington Savings Fund Society, FSB, As Trustee, |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Washington-East Washington Joint Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14780774 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14715760 | *+ | Ditech Financial LLC, aka Citifinancial Servicing LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14715762 | *+ | Internal Revenue Service, 1100 Main Street, The Horne Bldg, Ste. 103, Wheeling, WV 26003-2737 |
| 14715765 | * | Peir 1 Imports, PO Box 659617, San Antonio, TX 78265-9617 |
| 14715767 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14715768 | *+ | Phelan Hallihan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14715770 | * | UPMC Health Services, PO Box 371472, Pittsburgh, OR 15250-7472 |
| 14715772 | *+ | Washington County Tax Claim Bureau, 100 W Beau Street, Room 205, Washington, PA 15301-4483 |
| 14715759 | ## | Comcasr, PO Box 3001, Southeastern, PA 19398-3001 |
| 14731941 | ##+ | Pennsylvania American Water Company, PO Box 578, Alton, IL 62002-0578 |

TOTAL: 2 Undeliverable, 11 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 13, 2023 | Form ID: 318JO1 | Total Noticed: 57 |

Brett A. Solomon
    on behalf of Creditor Ally Financial brett@solomon-legal.com

Brian Nicholas
    on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

Carol Momjian
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov

James R. Wood
    on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jeffrey Sikirica
    sikiricalaw@zoominternet.net

Jeffrey J. Sikirica
    on behalf of Debtor David Matthew Wetzel jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Josph Luvara
    on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com

Josph Luvara
    on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com

Mario J. Hanyon
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Stephen John Taczak, Tacza
    on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com

Thomas Song
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. pawb@fedphe.com

Thomas A. Lonich
    on behalf of Defendant Laurie Pinkerton talonich@earthlink.net

William E. Craig
    on behalf of Creditor Wells Fargo Bank N.A. Dba Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 20