FILED
8/8/23 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

July 21, 2023

**UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF PENNSYLVANIA ( PITTSBURGH)**

CASE NO: 17-23732-GTL
CASE NO: 22-22408-GLT

**CHAPTER 7**

**David M. Wetzel**
**Penny L. Wetzel**
796 Baird Avenue
Washington PA, 15301
724-328-4988
724-328-4989
pennwetz@gmail.com

TRUSTEE: Pam Wilson

Attorney Jeff Sikirica

**HONORABLE JUDGE GREGORY L. TADDONIO. UNITED STATES BANKRUPTCY JUDGE**

**54TH FLOOR**
**U.S. STEEL TOWER**
**600 GRANT STREET**
**PITTSBURGH PA, 15219**

Honorable Judge Taddonio,

We would like to file motion for new counsel. Attorney Jeff Sikirica has resigned. He sent an email on July 10, 2023 @ 2:14 pm.
Since we can't find any attorneys to take our case, would it be possible that the courts can appoint or have one for us?

We have sent trustee Wilson an email asking for help. Once again there was no help from her.
This is the second time that attorney Sikirica resigned and later decided to not resigned. We feel that this has been nothing but a conflict of interests. We have two trustees in our case since it went from a chapter 13 to a chapter 7.
We can't agree to disagree on anything with him. I have done a lot of work getting our debt cleared out so I can keep my personal injury money to take care of my injuries from my fall.
I have everything documented on what I did and who I talked to. Along with dates and times.
Attorney Sikirica was to filed a motion for Ally financial on June 30, 2023 and still hasn't done it. He also was to help with PA personal tax. So David's wages wouldn't be attached. That was to be done before July 11, 2023. He sat on it.

Than there is the IRS. There is just so much with that . It's like an never ending book.
We tried to get new attorney to help with our IRS debt and just to get this case over with.
This attorney went to Trustee Wilson and she told him NOT TO TAKE OUR CASE.  Neither her or attorney Sikirica are doing anything. We have made calls to the IRS and was told how we can get help with our debt. Attorney Sikirica had all the information and told us "Pam is dragging her feet and I offered to do all the paper " There is old debt that can be forgiven and all the penalties and interest that has accumulated.  David was discharged from his half of the bankruptcy on February 13, 2023. Attorney Sikirica told us he was **half discharged.** State of Pennsylvania and the federal taxes said that you are either discharged or not . It's of record.
This just ridiculous.
Asking for spreadsheets sheets to see where all the money has went .  What was sent on and  , is nothing what he has told us verbally.
All the fees that trustee Wilson is taking is not ok with me. Yes pay my IRS debt. I need the rest of my personal injury money to take care of my on going health problems. .

Our case file has been a horrible experience .
We had attorney Joe Lauvara representing us in a civil case and with insurance fraud.
Jeff and Lori Pinkerton and with Stallion's Oil field d/b/a Stallion Water hauling.
To this day we have no idea what happened and why it's was drop like it was.
We never sign any settlement documents and never was discussed with.


Attorney Luvara was very unprofessional with us and never told us what was going on. We didn't even know that he was negotiating with the Pinkertons on the settlement. We didn't even know that the case with Stallion's was dropped. He left voicemails on David's phone that was vulgar and just unprofessional. We has sent them to all our attorneys that was involved with this bankruptcy case . Than to find out by attorney Sikirica that Joe Luvara had been drinking.
We feel that why he wasn't prepared for court in front of you in December 2021.
The following Monday he called me and ripped me Penny to shreds because it was all my fault. From that day going forward he was very unprofessional with us.

I have attached emails and copies of voicemails that I would like you to review.

We sent an email to trustee Wilson and she did nothing . We still don't understand why she would let him be like this.
We wanted to be at the court hearing when it was approved that he got his exemption from the settlement.  We were to be present. Attorney Sikirica threatened us, so that's why we didn't show up.

We have had enough. It took us 5 years to finally know why attorneys Luvara and Sikirica and trustee Wilson has taken so long on our case. It's all about my personal injury money.
All that David and I were to receive was $43,000 exemption money.
If it was said to us by attorney Sikirica " There is too much money to be made"
We I found out that there was so much debt out there , I was give a copy of bankruptcy creditors who filed against.  I work for days, hours and weeks . I made phone calls after calls. I Penny got everything cleaned up and a few thing withdrawn. I can't understand why attorney Sikirica didn't do or even our trustee. I asked the question to attorney Sikirica who's job is it to that. He never asked. So I guess it was mine.  I really upset trustee Wilson when I call UPMC and they withdrew $58,000. In medical bills.

Once again we were told many times " Pam is upset that I got that withdraw and NOW she isn't going to make the money she thought "

The **only attorneys** who was very trustworthy to us and was honest and had nothing to hide was Attorney Anthony Mengine and Attorney Brittiai Hassen. So very professional.

We can go on for days and years with all that has taken place. Because of all the years of turmoil with this case our mental health and just health issues and how this has affected our family we need closure and peace of mind. The thoughts of the IRS attaching David's wages or even placing him in jail is just so overwhelming.

Respectfully yours

David and Penny Wetzel

*[signatures]*