FILED
8/9/23 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | Case No. 17-23732-GLT |
| : | Chapter 7 |
| David Matthew Wetzel, : | |
| : | Related to Dkt. No(s). 176 |
| *Debtor*. : | |
| : | |

## ORDER

**AND NOW**, this **9th Day of August 2023**, upon the filing of the *Letter* [Dkt. No. 176] dated July 21, 2023 from Penny L. Wetzel and David Wetzel it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1. A Status Conference on this matter is scheduled for September 8, 2023 at 11:00 AM via p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website by no later than 4.p.m. on the business day prior to the scheduled hearing.

2. Responses to the *Letter* are due August 26, 2023.

Dated: August 9, 2023

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
David Matthew Wetzel
Jeffrey J. Sikirica, Esq.
Pamela J. Wilson, Trustee
Office of the United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David Matthew Wetzel  
    Debtor

Case No. 17-23732-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Aug 09, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Matthew Wetzel, 796 Baird Avenue, Washington, PA 15301-5408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Carol Momjian | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| James R. Wood | on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jeffrey Sikirica | sikiricalaw@zoominternet.net |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Aug 09, 2023 Form ID: pdf900 Total Noticed: 1

| | |
|---|---|
| Jeffrey J. Sikirica | on behalf of Debtor David Matthew Wetzel jjspaesq@gmail.com TrusteeSikirica@zoominternet.net |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jodi L. Hause | on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Josph Luvara | on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com |
| Josph Luvara | on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Pamela J. Wilson | on behalf of Trustee Pamela Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Stephen John Taczak, Tacza | on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com |
| Thomas Song | on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. pawb@fedphe.com |
| Thomas A. Lonich | on behalf of Defendant Laurie Pinkerton talonich@earthlink.net |
| William E. Craig | on behalf of Creditor Wells Fargo Bank N.A. Dba Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 20