**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-23732-GLT |
| | : | |
| DAVID MATTHEW WETZEL | : | Chapter 7 |
| | : | |
| Debtor | : | Doc. No. _____ |
| | : | |
| Pamela J. Wilson, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

### *CHAPTER 7 TRUSTEE'S RESPONSE TO DEBTOR'S LETTER DATED JULY 21, 2023*

COMES NOW, Pamela J. Wilson, Esquire, Chapter 7 Trustee in the above case, and files the within Response to Debtor's Letter Dated July 21, 2023, stating in support as follows:

1.    David Matthew Wetzel and Penny Lynn Wetzel filed a chapter 7 bankruptcy petition on September 17, 2017 and the case was converted to one under Chapter 7 on May 8, 2018.

2.    Pamela J. Wilson (hereinafter "Trustee") was appointed Chapter 7 Trustee on May 8, 2018 and has been duly serving.

3.    The §341(a) Meeting of Creditors was held on July 13, 2019 in Washington County, Pennsylvania.

4.    The assets of the estate include:  proceeds from the sale of real property located at 207 Rex Road, Washington, Pennsylvania (Doc. 124), a products liability claim settlement with Pier One (Doc. 160), and a fraud claim settlement against the Debtor's former employer (Adversary Case 20- 02135, Doc. 172).

5.    On November 22, 2022, Debtor's Counsel filed a Motion to Divide Chapter 7 Case which was granted by this Honorable Court on December 5, 2022 (Doc. 167).  On April 4, 2023, Debtor's Counsel filed Amended Schedules A and B (Doc. 172).

6.    On July 13, 2023, the Trustee forwarded the Proposed Order of Distribution and Final Report

and Account to the Office of the United States Trustee for review (Doc. 175).

      7.    Pursuant to the Pennsylvania Rules of Professional Conduct, the Trustee is prohibited from communicating directly with the Debtor.  The Trustee has been in regular communication with Debtor's counsel and was also contacted by potential substitute counsel and provided a status report of the pending case.

      8.    The Trustee has had several communications with the IRS and was advised collection efforts were stayed pending conclusion of the bankruptcy case.  The Trustee will make distribution to the IRS as soon as an Order is entered approving the Final Report and Account and Proposed Distribution.

Dated:  August 28, 2023               Respectfully submitted,

                         */s/ Pamela J. Wilson*_____
                         Pamela J. Wilson, Trustee
                         PA I.D. No. 77011
                         810 Vermont Avenue
                         Pittsburgh, Pennsylvania 15234
                         (412) 341-4323
                         pwilson@pjwlaw.net