## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **DAVID MATTHEW WETZEL** | ) | **Case No. 17-23732-GLT** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | **Document No.** |
| | ) | |
| | ) | **Related to Doc. Nos. 179** |
| | ) | |
| | ) | **Hearing Date & Time:** |
| | ) | **September 8, 2023 @ 11:00 AM** |
| **PENNY LYNN WETZEL** | ) | **Case No. 22-22408-GLT** |
| | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Documents No. ____** |
| | ) | |
| | ) | **Related to Doc. Nos. 36** |
| | ) | |
| | ) | **Hearing Date & Time:** |
| | ) | **September 8, 2023 @ 11:00 AM** |

## CERTIFICATE OF SERVICE OF
## RESPONSE TO FILED LETTER BY DEBTORS DATED AUGUST 8, 2023

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 28, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was First Class Mail unless indicated as electronic service by NEF on the attached list.

<u>By First Class US Mail</u>

David M. Wetzel
796 Baird Avenue
Washington, PA 15301

Penny L. Wetzel
796 Baird Avenue
Washington, PA  15301

<u>By NEF</u>

Pamela Wilson, Chapter 7 Trustee

Office of the Unite States Trustee, Pittsburgh Division

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  <u>08/28/2023</u> | **<u>/s/ Jeffrey J. Sikirica</u>**<br>Jeffrey J. Sikirica, Esquire<br>PA. I.D. No.  36745<br>P.O. Box 13426<br>Pittsburgh, PA  15243<br>Tel. (724) 625-2566<br>Fax (866) 309-5677<br>JJSPAESQ@gmail.com |