**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-23732-GLT |
| DAVID M. WETZEL | ) | |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| Pamela J. Wilson, Trustee | ) | |
| | ) | |
| Movant | ) | Doc. No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondent | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 28, 2023, I served or caused to be served a copy of the Trustee's Response to Debtor's Letter Dated July 21, 2023 filed in this proceeding on the following mailing first class mail, postage prepaid:

David M. Wetzel
796 Baird Avenue
Washington, PA  15301

Penny Wetzel
796 Baird Avenue
Washington, PA  15301

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Jeffrey J. Sikirica, Esquire
Jeffery J. Sikirica Attorney-at-Law
P.O. Box 13426
Pittsburgh, PA  15243

Dated:  August 28, 2023

*/s/ Pamela J. Wilson*
Pamela J. Wilson, Esquire
810 Vermont Avenue
Pittsburgh, PA 15234
412.341.4323
pwilson@pjwlaw.net
PA I.D. # 77011