**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/8/23 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23732-GLT |
| | : | Chapter: | 7 |
| David Matthew Wetzel | : | | |
| | : | | |
| | : | Date: | 9/8/2023 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**   #176 - Status Conference Regarding Letter Received from Penny L. Wetzel and David Matthew Wetzel
   #179 - Response to letter filed by Jeffrey Sikirica

**APPEARANCES:**
   Debtor:   Jeffrey J. Sikirica [David and Penny Wetzel]
   Trustee:   Pamela J. Wilson

**NOTES:**   [11:07] *heard in conjunction with case no. 22-22408*

P. Wetzel: Feels they can proceed with Attorney Sikirca so long as communication is there.

Sikirica: Also willing to continue. All going to put everything in writing going forward to ensure communication. Believes collections agency is engaging in fraud, was not receiving notice. Also attempting to resolve issue with IRS in David Wetzel's case.

Wilson: Drafted final report for David Wetzel's case and sent to Attorney Sikirica.

P. Wetzel: Main concern is getting possession of settlement proceeds. Has multiple upcoming surgeries, including cosmetic surgeries and wants to maximize funds to cover what is not covered by insurance.

**OUTCOME:**

1) Status conference concluded. [Text order].

**DATED:**  9/8/2023