FILED
10/3/23 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy No. 17-23732-GLT |
| David Matthew Wetzel | | |
| Debtor | : | Adversary No. |
| | : | |
| | : | Related to Docket No. 184 |
| | : | |
| | : | Fourteen Day Request |
| | : | |

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Jodi Hause, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    September 8, 2023.

The transcript is being prepared by Writer's Cramp, Inc. The estimated completion for this transcript is October 17, 2023.

    Michael R. Rhodes, Clerk
    United States Bankruptcy Court

Date: 10/3/2023    By:    /s/ Hayley Smith
                                     ECRO

#61-M