## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **DAVID MATTHEW WETZEL** ) | Case No. | 17-23732-GLT |
| ) | | |
| Debtor(s). ) | Chapter 7 | |
| ) | | |
| **DAVID MATTHEW WETZEL** ) | Document No. | 186 & 187 |
| ) | | |
| Movant, ) | Related to Doc. No. | |
| ) | | |
| v. ) | | |
| ) | | |
| **COMMONWEALTH OF** ) | | |
| **PENNSYLVANIA, DEPARTMENT** ) | | |
| **OF REVENUE** ) | | |
| ) | | |
| Respondents. ) | | |

### CERTIFICATE OF SERVICE OF NOTICE OF HEARING, RESPONSE DEADLINE and MOTION TO COMPEL ADJUSTMENT AND ACCOUNTING OF WAGE GARNISHMENT

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses or emails below by the date specified below.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was made as specified below.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**On 10/06/20233 by NEF**

Pamela J. Wilson                    pwilson@pjwlaw.net
Chapter 7 Trustee

Office of the US Trustee        ustpregion3.pi.ecf@usdoj.gov

**On 10/06/2023 by First-Class Mail**

Commonwealth of Pennsylvania
Department of Revenue
Bureau of Compliance
PO Box 280946
Harrisburg, PA   17128-0946

Commonwealth of Pennsylvania
Office of Chief Counsel
Tenth Floor
Strawberry Square
Harrisburg, PA   17128

PA Department of Revenue
Attn: Sean Grimm
4th and Walnut Street
Harrisburg, PA   17128

Wage Garnishment Section
PO Box 280910
Harrisburg, PA   17128-0910

David M. Wetzel
769 Baird Avenue
Washington, PA 15301

EXECUTED ON: October 6, 2023    By: /s/ Jeffrey J. Sikirica
                  Jeffrey J. Sikirica, Trustee
                  PA I.D.# 36745

                  121 Northbrook Drive
                  Gibsonia, PA 15044
                  (724) 625-2566
                  (724) 625-4611 fax
                  sikiricalaw@zoominternet.net