**UNITED STATES BANKRUPTCY COURT**
WESTERN **DISTRICT OF** PENNSYLVANIA
PITTSBURGH **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| DAVID MATTHEW WETZEL, | § | CASE NO. 17-23732-GLT |
| Debtor(s) | § | |
| | § | |
| PAMELA J. WILSON, Trustee, | § | CHAPTER 7 |
| | § | |
| Movant | § | |
| | § | DOCUMENT NO. |
| v. | § | |
| | § | |
| No Respondent | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PAMELA J. WILSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    5414 U.S. Steel Tower
    600 Grant Street
    Pittsburgh, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  An in-person hearing will be held on November 9, at 10:30 a.m. before Chief Judge Gregory L. Taddonio iin Courtroom "A", 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219.  In accordance with Judge Taddonio's procedures, parties may appear for non-evidentriary matters remotely by utilizing the Zoom video conference platform.  Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gove/judge-taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing.  All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb/uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

Parties who fail to timely register for remote participation will be expected to attend the hearing in person. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/07/2023        By: Pamela J. Wilson
                                           Trustee

PAMELA J. WILSON
810 VERMONT AVENUE
PITTSBURGH, PA 15234

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| DAVID MATTHEW WETZEL, § | CASE NO. 17-23732-GLT | |
| Debtor(s) § | | |
| § | | |
| PAMELA J. WILSON, Trustee, § | CHAPTER 7 | |
| § | | |
| Movant § | | |
| § | DOCUMENT NO. | |
| v. § | | |
| § | | |
| No Respondent § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 490,000.00 |
| and approved disbursements of | $ | 432,233.36 |
| leaving a balance on hand of[1] | $ | 57,766.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE, | $ 142,568.90 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | WASHINGTON-EAST WASHINGTON JOINT AUTHORITY | $ 153.53 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | WASHINGTON COUNTY TAX CLAIM BUREAU | $ 4,041.62 | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | WASHINGTON COUNTY TAX CLAIM BUREAU | $ 96.82 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | WASHINGTON COUNTY TAX CLAIM BUREAU | $ 2,839.34 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | WASHINGTON COUNTY TAX CLAIM BUREAU | $ 7,145.32 | $ 7,145.32 | $ 7,145.32 | $ 0.00 |
| 6 | HARLEY-DAVIDSON CREDIT CORP. | $ 11,446.76 | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | WELLS FARGO BANK N.A., D/B/A WELLS FARGO DEALER SE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | ALLY FINANCIAL | $ 9,775.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | INTERNAL REVENUE SERVICE | $ 49,464.14 | $ 43,912.44 | $ 0.00 | $ 43,912.44 |

Total to be paid to secured creditors     $     43,912.44

Remaining Balance     $     13,854.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Pamela J. Wilson | $ 8,521.90 | $ 0.00 | $ 8,521.90 |
| Attorney for Trustee Fees: Pamela J. Wilson | $ 2,975.00 | $ 0.00 | $ 2,975.00 |
| Attorney for Trustee Expenses: Pamela J. Wilson | $ 107.33 | $ 0.00 | $ 107.33 |

Total to be paid for chapter 7 administrative expenses     $     11,604.23

Remaining Balance     $     2,249.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $48,393.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pennsylvania Department Of Revenue | $ 4,233.34 | $ 0.00 | $ 196.82 |
| 9 | INTERNAL REVENUE SERVICE | $ 44,160.37 | $ 0.00 | $ 2,053.15 |

Total to be paid to priority creditors     $     2,249.97

Remaining Balance     $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,963.40 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pennsylvania Department Of Revenue | $ 2,785.30 | $ 0.00 | $ 0.00 |
| 10 | PENNSYLVANIA AMERICAN WATER COMPANY | $ 1,204.79 | $ 0.00 | $ 0.00 |
| 11 | VERIZON | $ 1,133.05 | $ 0.00 | $ 0.00 |
| 13 | WEST PENN POWER | $ 3,463.03 | $ 0.00 | $ 0.00 |
| 15 | DIRECTV, LLC | $ 553.31 | $ 0.00 | $ 0.00 |
| 16 | ATLAS ACQUISITIONS LLC | $ 1,700.64 | $ 0.00 | $ 0.00 |
| 17 | UPMC HEALTH SERVICES | $ 0.00 | $ 0.00 | $ 0.00 |
| 18 | UPMC PHYSICIAN SERVICES | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 | CVI SGP-CO ACQUISITION TRUST C/O RESURGENT CAPITAL | $ 123.28 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $                0.00

Remaining Balance                                            $                0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $30,255.36 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pennsylvania Department Of Revenue | $ 1,151.45 | $ 0.00 | $ 0.00 |
| 9 | INTERNAL REVENUE SERVICE | $ 29,103.91 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Prepared By: Pamela J. Wilson
Trustee

*PAMELA J. WILSON*
*810 VERMONT AVENUE*
*PITTSBURGH, PA 15234*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David Matthew Wetzel  
    Debtor

Case No. 17-23732-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Oct 10, 2023      Form ID: pdf900      Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Matthew Wetzel, 796 Baird Avenue, Washington, PA 15301-5408 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| r | + | Brenda Deems, Berkshire Hathaway Homeservices, 207 Rex Road, Washington, PA 15301-8709 |
| sp | | Brittani R Hassen, Kontos Mengine Law Group, 603 Stanwix Street, Two Gateway Center, Suite 1228 Pittsburgh, PA 15222 |
| cr | | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Department 280948, Harrisburg, PA 17128-0948 |
| sp | + | Joseph V. Luvara, Luvara Law Group, LLC, 1822 Worcester Drive, pittsburgh, PA 15243-1538 |
| cr | + | Office of Attorney General Department of Revenue, Robert C. Edmundson, 564 Forbes Avenue, Pittsburgh, PA 15219-2908 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14715757 | + | Ally Payment Processing Center, PO Box 9001925, Louisville, KY 40290-1925 |
| 14851353 | + | Ambulance & Chair Service, 75 Braden Street, Washington, PA 15301-4087 |
| 15102852 | | Carol E. Momjian, Esquire, Comm. of PA Dept of Revenue, Bureau of Compliance, P O Box 280946, Harrisburg, PA 17128-0946 |
| 14715758 | + | Chadron S. Cline - IRS, 1100 Main Street, Wheeling, WV 26003-2737 |
| 14863052 | | Crossroads Eye Care Associates, 4160 Washington Road #3, McMurray, PA 15317-2533 |
| 14694525 | + | Ditech Financial LLC, aka Citifinancial Servicing LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14863053 | + | Greater Washington Radiology, 155 Wilson Avenue, Washington, PA 15301-3336 |
| 14715761 | | Harley Davidson Credit Corp., Dept. 15128, Palatine, IL 60055-5129 |
| 14694526 | + | Internal Revenue Service, 1100 Main Street, The Horne Bldg, Ste. 103, Wheeling, WV 26003-2737 |
| 14715764 | | Jeffrey Pinkerton - IRS, Attn: Levy/Legal, Washington, PA 15301 |
| 14863054 | | MedExpress Billing, Attn #7964C, PO Box 14000, Belfast, ME 04915-4033 |
| 14694528 | + | Phelan Hallihan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14863055 | + | Pittburgh Oculoplastic Assocs., Ltd, 3471 Fifth Ave., Suite 11115, Pittsburgh, PA 15213-3215 |
| 14863056 | | Quest Diagnostics Venture, LLC, PO Box 740717, Cincinnati, OH 45274-0717 |
| 14715769 | + | Sean Grimm - PA Dept. of Revenue, 4th and Walnut Street, Harrisburg, PA 17128-0001 |
| 14715771 | | US Attorney's Office, Western District of Pennsylvania, Pittsburgh, PA 15219 |
| 14863058 | + | WHS Lakeside Primary Care, 1001 Waterdam Plaza Drive, Canonsburg, PA 15317-2466 |
| 14694530 | + | Washington County Tax Claim Bureau, 100 W Beau Street, Room 205, Washington, PA 15301-4483 |
| 14851356 | + | Washington Health System, Cardiovascular Care - Washington, PO Box 855, Washington, PA 15301-0855 |
| 14851354 | + | Washington Health System, Lakeside Primary Care, PO Box 855, Washington, PA 15301-0855 |
| 14851355 | + | Washington Health System, Orthopedics & Sports Medicine, PO Box 855, Washington, PA 15301-0855 |
| 14774773 | + | Washington-East Washington Joint Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 11 2023 04:42:26 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BNCnotices@dcmservices.com | Oct 11 2023 04:32:00 | UPMC Health Services, c/o DCM |

| | | | | |
|---|---|---|---|---|
| | | | | Services/Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| cr | + | Email/Text: BNCnotices@dcmservices.com | Oct 11 2023 04:32:00 | UPMC Physician Services, c/o DCM Services/Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 11 2023 04:42:26 | Wells Fargo Bank, N.A. Dba Wells Fargo Dealer Serv, PO Box 19657, Irvine, CA 92623-9657 |
| 14715756 | | Email/Text: ally@ebn.phinsolutions.com | Oct 11 2023 04:32:00 | ALLY, PO Box 360902, Bloomington, MN 55438-0902 |
| 14753082 | | Email/Text: bnc@atlasacq.com | Oct 11 2023 04:32:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14716509 | | Email/Text: ally@ebn.phinsolutions.com | Oct 11 2023 04:32:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14879622 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:27 | CVI SGP-CO Acquisition Trust C/O Resurgent Capital, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14863862 | ^ | MEBN | Oct 11 2023 04:31:38 | Collection Service Center, Inc., 839 5th Avenue, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14779691 | | Email/Text: G06041@att.com | Oct 11 2023 04:33:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14710127 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 11 2023 04:32:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14715763 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 11 2023 04:32:00 | Internal Revenue Service, POB 7346, Phildelphia, PA 19101-7346 |
| 14694527 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 11 2023 04:32:00 | Peir 1 Imports, PO Box 659617, San Antonio, TX 78265-9617 |
| 14715766 | | Email/Text: csc.bankruptcy@amwater.com | Oct 11 2023 04:33:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14701348 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14694529 | ^ | MEBN | Oct 11 2023 04:31:17 | UPMC Health Services, PO Box 371472, Pittsburgh, OR 15250-7472 |
| 14863057 | ^ | MEBN | Oct 11 2023 04:31:11 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14874737 | | Email/Text: BNCnotices@dcmservices.com | Oct 11 2023 04:32:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14875325 | | Email/Text: BNCnotices@dcmservices.com | Oct 11 2023 04:32:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14749338 | | Email/PDF: ebn_ais@aisinfo.com | Oct 11 2023 04:42:28 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14762979 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 11 2023 04:32:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE,, CARRINGTON MORTGAGE SERVICES, LLC, 1600 SOUTH DOUGLASS ROAD, ANAHEIM, CA 92806-5948 |
| 14713865 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 11 2023 04:53:17 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 14715773 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 11 2023 04:42:59 | Wells Fargo Dealer Services, PO Box 17900, Denver, CO 802170900 |
| 14715775 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 11 2023 04:33:00 | West Penn Power, 2800 Pottsville Pike, PO Box 16001, Reading, PA 19612-6001 |
| 14715774 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 11 2023 04:33:00 | West Penn Power, PO Box 3687, Akron, OH |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 56 |

| 14769805 | + Email/Text: bankruptcy@firstenergycorp.com Oct 11 2023 04:33:00 | 44309-3687 West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
|---|---|---|

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | | Wilmington Savings Fund Society, FSB, As Trustee, |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Washington-East Washington Joint Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14780774 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14715760 | *+ | Ditech Financial LLC, aka Citifinancial Servicing LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14715762 | *+ | Internal Revenue Service, 1100 Main Street, The Horne Bldg, Ste. 103, Wheeling, WV 26003-2737 |
| 14715765 | * | Peir 1 Imports, PO Box 659617, San Antonio, TX 78265-9617 |
| 14715767 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14715768 | *+ | Phelan Hallihan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14715770 | * | UPMC Health Services, PO Box 371472, Pittsburgh, OR 15250-7472 |
| 14715772 | *+ | Washington County Tax Claim Bureau, 100 W Beau Street, Room 205, Washington, PA 15301-4483 |
| 14715759 | ## | Comcasr, PO Box 3001, Southeastern, PA 19398-3001 |
| 14731941 | ##+ | Pennsylvania American Water Company, PO Box 578, Alton, IL 62002-0578 |

TOTAL: 2 Undeliverable, 10 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Carol Momjian | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| James R. Wood | on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 56 |

Jeffrey Sikirica
    sikiricalaw@zoominternet.net

Jeffrey J. Sikirica
    on behalf of Debtor David Matthew Wetzel jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Josph Luvara
    on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com

Josph Luvara
    on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com

Mario J. Hanyon
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Stephen John Taczak, Tacza
    on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com

Thomas Song
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. pawb@fedphe.com

Thomas A. Lonich
    on behalf of Defendant Laurie Pinkerton talonich@earthlink.net

William E. Craig
    on behalf of Creditor Wells Fargo Bank N.A. Dba Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 20