IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/16/23 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                             :   Case No. 17-23732-GLT
                                                   :   Chapter 7
DAVID MATTHEW WETZEL,                              :
                                                   :   Related to Dkt. No. 194
         *Debtor.*                                 :
                                                   :

## NOTICE OF FILING OF TRANSCRIPT AND
## ORDER SETTING DEADLINE FOR REDACTION

Notice is hereby given that on October 16, 2023, a transcript of the hearing held on September 8, 2023, in the above-captioned case was filed at Dkt. No. 194.

Pursuant to their obligations under W.D. PA. L.B.R. 9037-1 and FED R. BANKR. P. 9037, parties shall file any *Notice of Intent to Request Redaction* of personal identifiers using Local Form 35 (available from the Court website at http://www.pawb.uscourts.gov/local-forms-effect-november-1-2021) on or before **October 25, 2023**. A party is deemed to waive the protection afforded under FED. R. BANKR. P. 9037(a) for any personal identifiers contained within the transcript which are not included in a timely redaction request.

Parties may review the transcript by either (a) accessing the public terminal of the Clerk of Court, 5414 U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 at no cost; or (b) purchasing a copy of the transcript from the Court Reporter/Transcriber by contacting **Writer's Cramp, Inc.** via telephone at **609-588-8043** or mail at **1027 Betty Lane, Ewing NJ 08628**. An electronic copy of the transcript will be publicly available without restriction after **January 16, 2024**.

By obtaining a copy of the transcript prior to **October 25, 2023**, the receiving party acknowledges and agrees that the copy may contain personal identifiers that could be subject to redaction. To the extent the Court subsequently grants any redaction request, the party shall take appropriate measures to destroy its copy of the original transcript and replace it with a copy the redacted transcript. The party shall refrain from otherwise copying, retaining, selling, disclosing, or relying on any redacted information contained in the original transcript.

Dated: October 16, 2023

_____ has
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Writer's Cramp, Inc.
Jeffrey J. Sikirica, Esq.
Pamela J. Wilson, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23732-GLT |
| David Matthew Wetzel | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

**Recip ID        Recipient Name and Address**
+    Writer's Cramp, Inc., 1027 Betty Lane, 08628, NJ 08628-1635

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023             Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:

**Name            Email Address**

Anthony T. Kovalchick
    on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov

Brett A. Solomon
    on behalf of Creditor Ally Financial brett@solomon-legal.com

Brian Nicholas
    on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

Carol Momjian
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov

James R. Wood
    on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Jeffrey Sikirica
    sikiricalaw@zoominternet.net

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey J. Sikirica
    on behalf of Debtor David Matthew Wetzel jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Josph Luvara
    on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com

Josph Luvara
    on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com

Mario J. Hanyon
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Stephen John Taczak, Tacza
    on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com

Thomas Song
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. pawb@fedphe.com

Thomas A. Lonich
    on behalf of Defendant Laurie Pinkerton talonich@earthlink.net

William E. Craig
    on behalf of Creditor Wells Fargo Bank N.A. Dba Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 20