FILED
11/9/23 1:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23732-GLT |
| | : | Chapter: | 7 |
| David Matthew Wetzel | : | | |
| | : | | |
| | : | Date: | 11/9/2023 |
| *Debtor(s).* | : | Time: | 10:30 |

**PROCEEDING MEMO**

**MATTER:**       #186 - Motion to Compel Adjustment and Accounting of Wage
                Garnishment
                        #197 - Response filed by PA Department of Revenue

            #192 - Notice of #189 - Chapter 7 Trustee's Final Report,
                        #190 - Application for Compensation For
                            Trustee
                        #191 - Application for Compensation for
                            Trustee's Attorney
                        [Objections due 10/31/23]
                        #198 - Objection to Notice of Trustee's
                            Final Report by Debtor

**APPEARANCES**:
            Debtor:        Jeffrey J. Sikirica
            Trustee:        Pamela J. Wilson (Chapter 7), Jodi Hause (U.S. Trustee)
            PA Dept. Rev:    Allison Carr

**NOTES:**    [10:40]

Sikirica: Asking for continuance. Problem generating official report.

Carr: Confirms what Attorney Sikirica states. 30 days is fine.

Sikirica: Moving on to trustee final report. Has had discussions with IRS. Will propose order to the IRS tax assistance office. U.S. Attorneys office was served on the objection. Can get consent order to the Court on Monday.

Carr: Will send Sikirica amended distribution to attach to proposed order.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion to Compel Adjustment and Accounting of Wage Garnishment* [Dkt. No. 186] is GRANTED subject to modifications. [DB to enter proposed order at dkt. no. 186 with modifications].

2) For the reasons stated on the record, the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* [Dkt. No. 192] is resolved pursuant to the terms of a consent order to be submitted by the parties under certification of counsel on or before November 17, 2023. The Debtor shall contemporaneously serve a copy of the consent order upon the U.S. Attorney. [Text order].

**DATED:** 11/9/2023