FILED
11/9/23 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| DAVID MATTHEW WETZEL ) | Case No. | 17-23732-GLT |
| ) | | |
| Debtor(s). ) | Chapter 7 | |
| ) | | |
| DAVID MATTHEW WETZEL ) | Document No. _ | |
| ) | | |
| Movant, ) | Related to Doc. No. | 186 |
| ) | | |
| v. ) | | |
| ) | | |
| COMMONWEALTH OF ) | | |
| PENNSYLVANIA, DEPARTMENT ) | | |
| OF REVENUE ) | | |
| ) | | |
| Respondents. ) | | |

## MODIFED ORDER OF COURT

AND NOW, this 9 t h day of November 2023, upon consideration of the "Motion to Compel Adjustment and Accounting of Wage Garnishment" filed by David Matthew Wetzel, the Debtor herein, it is hereby ORDERED, ADJUDGED, and DECREED that: on or before **December 11, 2023** the Commonwealth of Pennsylvania, Department of Revenue shall provide a written accounting to the Debtor of the adjustments made to the Debtor's 2014 through 2016 tax liability, to document the removal of discharged penalties and associated assessments. The deadline may be extended by consent of the parties. If a further hearing is necessary, either party may request a new date from the Court without a further motion.

BY THE COURT:

_____  cgr
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23732-GLT |
| David Matthew Wetzel | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Matthew Wetzel, 796 Baird Avenue, Washington, PA 15301-5408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Carol Momjian | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| James R. Wood | on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey Sikirica
    sikiricalaw@zoominternet.net

Jeffrey J. Sikirica
    on behalf of Debtor David Matthew Wetzel jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Josph Luvara
    on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com

Josph Luvara
    on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com

Mario J. Hanyon
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Stephen John Taczak, Tacza
    on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com

Thomas Song
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. pawb@fedphe.com

Thomas A. Lonich
    on behalf of Defendant Laurie Pinkerton talonich@earthlink.net

William E. Craig
    on behalf of Creditor Wells Fargo Bank N.A. Dba Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 21