# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | Bankruptcy No. 17-23732-GLT | |
| DAVID M. WETZEL ) | | |
| ) | | |
| Debtor ) | Chapter 7 | |
| ) | | |
| David Matthew Wetzel ) | | |
| ) | | |
| Movant ) | Doc. No. _____ | |
| ) | | |
| v. ) | | |
| ) | | |
| United States of America, ) | | |
| Internal Revenue Service, and ) | | |
| Pamela J. Wilson, Chapter 7 Trustee ) | | |
| ) | | |
| Respondents ) | | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, I served or caused to be served a copy of the Modified Order of Court Resolving Objection to Notice of Trustee's Final Report filed in this proceeding by mailing first class mail, postage prepaid on the following on the following:

United States Attorney's Office
Western District of Pennsylvania
700 Grant Street
Suite 4000
Pittsburgh, PA  15219

Pennsylvania Department of Revenue
P.O. Box 280946
Attn:  Bankruptcy Division
Harrisburg, PA  17128-0946

Office of Attorney General
Department of Revenue
564 Forbes Avenue
Pittsburgh, PA  15219

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Dated:  11/16/23

*/s/ Pamela J. Wilson___*
Pamela J. Wilson, Esquire
810 Vermont Avenue
Pittsburgh, PA 15234
412.341.4323
pwilson@pjwlaw.net
PA I.D. # 77011