# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID MATTHEW WETZEL<br>   DAVID MATTHEW WETZEL<br>                           Movant,<br>vs.<br>UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, and, PAMELA J. WILSON,<br>                         Respondnents. | CASE NO: 17-23732-GLT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 2/15/2024, I did cause a copy of the following documents, described below,

ORDER OF COURT (Docket #213)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/15/2024

                              /s/ Jeffrey J. Sikirica
                              Jeffrey J. Sikirica  36745

                              P.O. Box 13426
                              Pittsburgh, PA  15243
                              724 625 2566
                              JJSPAESQ@gmail.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DAVID MATTHEW WETZEL<br><br>DAVID MATTHEW WETZEL<br>                       Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, and, PAMELA J. WILSON,<br>                       Respondnents. | CASE NO: 17-23732-GLT<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 2/15/2024, a copy of the following documents, described below,

ORDER OF COURT (Docket #213)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/15/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica

P.O. Box 13426
Pittsburgh, PA  15243

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | FIRST CLASS | FIRST CLASS |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | UNITED STATES ATTORNEY'S OFFICE, WDPA<br>JOSEPH F. WEIS, JR. UNITED STATES<br>COURTHOUSE<br>SUITE 4000<br>PITTSBURGH PA 15219 | DAVID M. WETZEL<br>769 BAIRD AVENUE<br>WASHINGTON PA 15301 |