**Form 404**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

217 − 212

In re:                                                                 Bankruptcy Case No.: 17−23732−GLT
                                                                       Related to Docket No. 212
                                                                       Chapter: 7
                                                                       Hearing Date: 3/7/24 at 11:00 AM

**David Matthew Wetzel**
   Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                                    (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                        By:    _____
                                               (Signature)
                                               _____
                                               Typed Name

                                               _____
                                               Address
                                               _____
                                               Phone No.

                                               _____
                                               List Bar I.D. and State of Admission

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23732-GLT |
| David Matthew Wetzel | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 28, 2024 | Form ID: 404 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Matthew Wetzel, 796 Baird Avenue, Washington, PA 15301-5408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue acarr@attorneygeneral.gov |
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Carol Momjian | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov |
| Denise Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

Case 17-23732-GLT  Doc 218  Filed 03/01/24  Entered 03/02/24 00:29:04  Desc
Imaged Certificate of Notice  Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: 404 | Total Noticed: 1 |

Jeffrey Sikirica
    sikiricalaw@zoominternet.net

Jeffrey J. Sikirica
    on behalf of Debtor David Matthew Wetzel jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jeffrey J. Sikirica
    on behalf of Attorney Jeffrey Sikirica jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Josph Luvara
    on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com

Josph Luvara
    on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com

Mario J. Hanyon
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Stephen John Taczak, Tacza
    on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com

Thomas Song
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. pawb@fedphe.com

Thomas A. Lonich
    on behalf of Defendant Laurie Pinkerton talonich@earthlink.net

William E. Craig
    on behalf of Creditor Wells Fargo Bank N.A. Dba Wells Fargo Dealer Services wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 22