Form 600

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David Matthew Wetzel** | : | Case No. 17−23732−GLT |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| David Matthew Wetzel | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 212 |
| United States of America, Internal Revenue Service, and | : | |
| Pamela J. Wilson | : | Hearing Date: 3/7/24 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

### ORDER SCHEDULING DATES FOR RESPONSE
### AND HEARING ON MOTION

*AND NOW,* this *The 28th of February, 2024*, a *Motion to Extend Time Pursuant to an Order of Court Dated November 15, 2023* having been filed at Doc. No. 212 by The Debtor,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2) **On or before March 6, 2024,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

(3) This *Motion* is scheduled for an in−person non−evidentiary hearing on **March 7, 2024** at **11:00 AM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(4) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L Taddonio refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5) A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: David Matthew Wetzel
    Jeffrey J. Sikirica, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-23732-GLT
David Matthew Wetzel    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Feb 28, 2024    Form ID: 600    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Matthew Wetzel, 796 Baird Avenue, Washington, PA 15301-5408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Carol Momjian | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| Denise Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |

District/off: 0315-2      User: auto      Page 2 of 2
Date Rcvd: Feb 28, 2024      Form ID: 600      Total Noticed: 1

Jeffrey Sikirica
sikiricalaw@zoominternet.net

Jeffrey J. Sikirica
on behalf of Debtor David Matthew Wetzel jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jeffrey J. Sikirica
on behalf of Attorney Jeffrey Sikirica jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jill Locnikar
on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause
on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Josph Luvara
on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com

Josph Luvara
on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com

Mario J. Hanyon
on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee, et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
on behalf of Trustee Pamela Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Stephen John Taczak, Tacza
on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com

Thomas Song
on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee, et. al. pawb@fedphe.com

Thomas A. Lonich
on behalf of Defendant Laurie Pinkerton talonich@earthlink.net

William E. Craig
on behalf of Creditor Wells Fargo Bank  N.A. Dba Wells Fargo Dealer Services wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 22