**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **DAVID MATTHEW WETZEL** | ) | **Case No.   17-23732-GLT** |
| | ) | |
| Debtor(s). | ) | **Chapter 7** |
| | ) | |
| **DAVID MATTHEW WETZEL** | ) | **Document No. _____** |
| | ) | |
| Movant, | ) | **Related to Doc. No. 217** |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **INTERNAL REVENUE SERVICE, and,** | ) | |
| **PAMELA J. WILSON** | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE
REGARDING HEARING NOTICE AND MOTION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses or emails below by the date specified below.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was made as specified below.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**SERVICE OF HEARING NOTICE WAS SERVED BY THE BANKRUPTCY NOTICING CENTER PER ATTACHED**

**The motion for extension of time was previously served on February 13, 2024 by NEF**

Pamela J. Wilson, Esq.                                  pwilson@pjwlaw.net
Chapter 7 Trustee


Jill Locknikar, Esq.                                         jill.locknikar@usdoj.gov

Counsel for the United States of America
On behalf of the Internal Revenue Service

Office of the US Trustee               ustpregion3.pi.ecf@usdoj.gov

David M. Wetzel                        pennwetz@gmail.com

EXECUTED ON: March 5, 2024        By:    /s/ Jeffrey J. Sikirica
                                                                Jeffrey J. Sikirica, Trustee
                                                                PA I.D.# 36745

P.O. Box 13426
Pittsburgh, PA 152343
(724) 625-2566
JJSPAESQ@gmail.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David Matthew Wetzel  
    Debtor

Case No. 17-23732-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2  
Date Rcvd: Feb 28, 2024  

User: auto  
Form ID: 600  

Page 1 of 2  
Total Noticed: 1

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Matthew Wetzel, 796 Baird Avenue, Washington, PA 15301-5408 |

TOTAL: 1

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Carol Momjian | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| Denise Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |

District/off: 0315-2  User: auto  Page 2 of 2
Date Rcvd: Feb 28, 2024  Form ID: 600  Total Noticed: 1

| Name | Details |
|---|---|
| Jeffrey Sikirica | sikiricalaw@zoominternet.net |
| Jeffrey J. Sikirica | on behalf of Debtor David Matthew Wetzel jjspaesq@gmail.com TrusteeSikirica@zoominternet.net |
| Jeffrey J. Sikirica | on behalf of Attorney Jeffrey Sikirica jjspaesq@gmail.com TrusteeSikirica@zoominternet.net |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jodi L. Hause | on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Josph Luvara | on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com |
| Josph Luvara | on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Pamela J. Wilson | on behalf of Trustee Pamela Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Stephen John Taczak, Tacza | on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com |
| Thomas Song | on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. pawb@fedphe.com |
| Thomas A. Lonich | on behalf of Defendant Laurie Pinkerton talonich@earthlink.net |
| William E. Craig | on behalf of Creditor Wells Fargo Bank N.A. Dba Wells Fargo Dealer Services wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 22