**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/7/24 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23732-GLT |
| | : | Chapter: | 7 |
| David Matthew Wetzel | : | | |
| | : | | |
| | : | Date: | 3/7/2024 |
| *Debtor(s).* | : | Time: | 11:00 |

-

## PROCEEDING MEMO

-

**MATTER:**  #212 - Motion to Extend Time Pursuant to An Order of Court
Dated November 15, 2023
#216 - Response to Debtor's Motion to Extend Time
Pursuant to An Order of Court dated
November 15, 2023
#220 - Reply to Response to Debtor's Motion
[Response due 3/6/2024]

**APPEARANCES**:
Debtor:     Jeffrey J. Sikirica
IRS:        Jill Locnikar

**NOTES:**   [11:05]

Sikirica: Has not spoken with Attorney Locnikar yet - emailed incorrect address.

Locnikar: The IRS will cooperate with the Court fully, but does not have the power to dictate what is done. Cannot release lien on the assets. Not a levy here. Also unaware that the Debtor has taken advantage of any other remedies that are available.

Court: Inclined to give two more weeks, but not time beyond that.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion to Extend Time Pursuant to an Order of Court Dated November 15, 2023* [Dkt. No. 212] is GRANTED subject to modification and the stay shall continue through March 22, 2024. On or before March 22, 2024, Debtor's counsel shall file a status report. [Text order and DB to enter proposed order at dkt. no. 212 with modification].

**DATED:** 3/7/2024