FILED
3/7/24 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID MATTHEW WETZEL** | ) | Case No.   17-23732-GLT Chapter 7 |
| | ) | |
| Debtor(s). | ) | Document No. |
| | ) | |
| **DAVID MATTHEW WETZEL** | ) | Related to Doc. No. 189, 192, 208, 212 |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **INTERNAL REVENUE SERVICE, and,** | ) | |
| **PAMELA J. WILSON** | ) | |
| | ) | |
| Respondents. | ) | |

## MODIFIED ORDER OF COURT

AND NOW, this 7th day of March, 2024, upon consideration of the "Motion to Extend Time Pursuant to an Order of Court dated November 15, 2023" filed by David Matthew Wetzel, the Debtor herein,

it is hereby ORDERED, ADJUDGED and DECREED that the funds held by the Chapter 7 Trustee for distribution to the Internal Revenue Service shall be held until **March 22, 2024**, pending the Debtor's continuing efforts to seek a taxpayer assistance order for the Pittsburgh Taxpayer Assistance Office.  After March 22, 2024, the stay shall lapse.

BY THE COURT:

_____ cgr
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23732-GLT |
| David Matthew Wetzel | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

**Recip ID         Recipient Name and Address**
db              + David Matthew Wetzel, 796 Baird Avenue, Washington, PA 15301-5408

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2024              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

**Name                           Email Address**

Allison L. Carr
                                on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue acarr@attorneygeneral.gov

Anthony T. Kovalchick
                                on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov

Brett A. Solomon
                                on behalf of Creditor Ally Financial brett@solomon-legal.com

Carol Momjian
                                on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov

Denise Carlon
                                on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com

James R. Wood
                                on behalf of Creditor Washington-East Washington Joint Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey Sikirica
    sikiricalaw@zoominternet.net

Jeffrey J. Sikirica
    on behalf of Debtor David Matthew Wetzel jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jeffrey J. Sikirica
    on behalf of Attorney Jeffrey Sikirica jjspaesq@gmail.com TrusteeSikirica@zoominternet.net

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi L. Hause
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Josph Luvara
    on behalf of Plaintiff Penny Lynn Wetzel joeluvara@luvaralawgroup.com

Josph Luvara
    on behalf of Plaintiff David Matthew Wetzel joeluvara@luvaralawgroup.com

Mario J. Hanyon
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Pamela J. Wilson
    on behalf of Trustee Pamela Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Stephen John Taczak, Tacza
    on behalf of Defendant Jeffrey Pinkerton steve@taczaklaw.com

Thomas Song
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee, et. al. pawb@fedphe.com

Thomas A. Lonich
    on behalf of Defendant Laurie Pinkerton talonich@earthlink.net

William E. Craig
    on behalf of Creditor Wells Fargo Bank N.A. Dba Wells Fargo Dealer Services wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 22