# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| DAVID MATTHEW WETZEL, | § | CASE NO. 17-23732-GLT |
| Debtor | § | |
| | § | |
| PAMELA J. WILSON, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| v. | § | |
| | § | |
| No Respondent | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PAMELA J. WILSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 91,629.69                    Assets Exempt: 6,845.31
*(Without deducting any secured claims)*

Total Distributions to Claimants: 60,693.22    Claims Discharged
                                                Without Payment: 199,891.60

Total Expenses of Administration: 204,556.07

---

3) Total gross receipts of $490,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $224,750.71 (see **Exhibit 2**), yielded net receipts of $265,249.29 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $431,293.86 | $234,916.92 | $57,191.45 | $57,173.35 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 204,556.07 | 204,556.07 | 204,556.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 18,711.95 | 48,393.71 | 3,519.87 | 3,519.87 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,654.69 | 41,218.76 | 41,218.76 | 0.00 |
| **TOTAL DISBURSEMENTS** | $464,660.50 | $529,085.46 | $306,486.15 | $265,249.29 |

4) This case was originally filed under chapter 13 on 09/17/2017, and it was converted to chapter 7 on 05/08/2018. The case was pending for 73 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2024           By:/s/PAMELA J. WILSON
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 207 REX ROAD, WASHINGTON, PA (1/2 Interest) Amended Value (Doc. #172) | 1110-000 | 30,000.00 |
| PRODUCTS LIABILITY CLAIM (Pier One) (Added by Amendment) Amended Value Doc. #172) | 1242-000 | 380,000.00 |
| FRAUD CLAIM (Against Former Employer) Added by Amendment #133 (Amended Value #172) | 1249-000 | 80,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$490,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David and Penny Wetzel | Exemptions | 8100-002 | 43,465.00 |
| Pamela Wilson, Trustee Bankruptcy Estate of Penny Wetzel | Non-Estate Funds Paid to Third Parties | 8500-002 | 81,285.71 |
| Penny Lynn Wetzel | Non-Estate Funds Paid to Third Parties | 8500-002 | 100,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$224,750.71** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ditech Financial LLC |  | 140,690.04 | NA | NA | 0.00 |
|  | Washington County Tax Claim B |  | 2,839.34 | NA | NA | 0.00 |
| 12 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE, | 4110-000 | 140,690.04 | 142,568.90 | 0.00 | 0.00 |
| 14 | WASHINGTON-EAST WASHINGTON JOINT AUTHORITY | 4120-000 | NA | 153.53 | 0.00 | 0.00 |
| 8 | ALLY FINANCIAL | 4210-000 | 6,300.00 | 9,775.00 | 0.00 | 0.00 |
| 6 | HARLEY-DAVIDSON CREDIT CORP. | 4210-000 | 11,446.76 | 11,446.76 | 0.00 | 0.00 |
| 7 | WELLS FARGO BANK N.A., D/B/A WELLS FARGO DEALER SE | 4210-000 | 19,743.58 | 0.00 | 0.00 | 0.00 |
| 9 | INTERNAL REVENUE SERVICE | 4300-000 | 43,558.97 | 49,464.14 | 42,660.64 | 42,642.54 |
|  | IRS | 4300-000 | NA | 7,319.49 | 7,319.49 | 7,319.49 |
|  | SHARON MOSLER, TAX COLLECTOR | 4700-000 | NA | 66.00 | 66.00 | 66.00 |
| 2 | WASHINGTON COUNTY TAX CLAIM BUREAU | 4700-000 | 4,041.62 | 4,041.62 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | WASHINGTON COUNTY TAX CLAIM BUREAU | 4700-000 | 96.82 | 96.82 | 0.00 | 0.00 |
| 4 | WASHINGTON COUNTY TAX CLAIM BUREAU | 4700-000 | 57,845.07 | 2,839.34 | 0.00 | 0.00 |
| 5 | WASHINGTON COUNTY TAX CLAIM BUREAU | 4700-000 | 4,041.62 | 7,145.32 | 7,145.32 | 7,145.32 |
| TOTAL SECURED CLAIMS | | | $431,293.86 | $234,916.92 | $57,191.45 | $57,173.35 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pamela J. Wilson | 2100-000 | NA | 8,521.90 | 8,521.90 | 8,521.90 |
| International Sureties | 2300-000 | NA | 133.80 | 133.80 | 133.80 |
| LTD International Sureties | 2300-000 | NA | 16.79 | 16.79 | 16.79 |
| BLUE SKY CLOSING SERVICE, INC. | 2500-000 | NA | 530.00 | 530.00 | 530.00 |
| Observer Reporter | 2500-000 | NA | 192.42 | 192.42 | 192.42 |
| Axos Bank | 2600-000 | NA | 2,131.26 | 2,131.26 | 2,131.26 |
| Union Bank | 2600-000 | NA | 15.00 | 15.00 | 15.00 |
| SHARON MOSLER, TAX COLLECTOR | 2820-000 | NA | 47.15 | 47.15 | 47.15 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCIS KING, TREASURER | 2820-000 | NA | 194.89 | 194.89 | 194.89 |
| Pamela J. Wilson | 3110-000 | NA | 2,975.00 | 2,975.00 | 2,975.00 |
| Pamela J. Wilson | 3120-000 | NA | 107.33 | 107.33 | 107.33 |
| Joseph Luvara, Esquire | 3210-000 | NA | 24,000.00 | 24,000.00 | 24,000.00 |
| Kontos Mengine Law Group | 3210-000 | NA | 152,000.00 | 152,000.00 | 152,000.00 |
| Joseph Luvara, Esquire | 3220-000 | NA | 624.90 | 624.90 | 624.90 |
| Kontos Mengine Law Group | 3220-000 | NA | 8,565.63 | 8,565.63 | 8,565.63 |
| BERKSHIRE HATHAWAY HOME SERVICES | 3510-000 | NA | 4,500.00 | 4,500.00 | 4,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $204,556.07 | $204,556.07 | $204,556.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Pennsylvania Department of Revenue |  | 10,563.89 | NA | NA | 0.00 |
| 9 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 44,160.37 | 3,209.48 | 3,209.48 |
| 1 | Pennsylvania Department Of Revenue | 5800-000 | 8,148.06 | 4,233.34 | 310.39 | 310.39 |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $18,711.95 | $48,393.71 | $3,519.87 | $3,519.87 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Comcasr |  | 620.59 | NA | NA | 0.00 |
|  | Peir 1 Imports |  | 1,397.92 | NA | NA | 0.00 |
|  | West Penn Power |  | 2,561.06 | NA | NA | 0.00 |
| 16 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 1,700.64 | 1,700.64 | 0.00 |
| 19 | CVI SGP-CO ACQUISITION TRUST C/O RESURGENT CAPITAL | 7100-000 | NA | 123.28 | 123.28 | 0.00 |
| 15 | DIRECTV, LLC | 7100-000 | NA | 553.31 | 553.31 | 0.00 |

Case 17-23732-GLT   Doc 227   Filed 06/13/24   Entered 06/13/24 09:48:01   Desc Main
Document      Page 9 of 19

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | PENNSYLVANIA AMERICAN WATER COMPANY | 7100-000 | 1,197.99 | 1,204.79 | 1,204.79 | 0.00 |
| 1 | Pennsylvania Department Of Revenue | 7100-000 | 2,415.83 | 2,785.30 | 2,785.30 | 0.00 |
| 17 | UPMC HEALTH SERVICES | 7100-000 | 1,237.00 | 0.00 | 0.00 | 0.00 |
| 18 | UPMC PHYSICIAN SERVICES | 7100-000 | 1,237.00 | 0.00 | 0.00 | 0.00 |
| 11 | VERIZON | 7100-000 | NA | 1,133.05 | 1,133.05 | 0.00 |
| 13 | WEST PENN POWER | 7100-000 | 3,987.30 | 3,463.03 | 3,463.03 | 0.00 |
| 9 | INTERNAL REVENUE SERVICE | 7300-000 | NA | 29,103.91 | 29,103.91 | 0.00 |
| 1 | Pennsylvania Department Of Revenue | 7300-000 | NA | 1,151.45 | 1,151.45 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $14,654.69 | $41,218.76 | $41,218.76 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-23732 | GLT | Judge: | Gregory L. Taddonio | Trustee Name: | PAMELA J. WILSON |
|---|---|---|---|---|---|---|
| Case Name: | DAVID MATTHEW WETZEL | | | | Date Filed (f) or Converted (c): | 05/08/2018 (c) |
| | | | | | 341(a) Meeting Date: | 06/01/2018 |
| For Period Ending: | 05/10/2024 | | | | Claims Bar Date: | 07/17/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 207 REX ROAD, WASHINGTON, PA (1/2 Interest) Amended Value (Doc. #172) | 7,500.00 | 3,000.00 | | 30,000.00 | FA |
| 2. 784 FINLEY STREET, WASHINGTON, PA (1/2 Interest) Amended Value (Doc. #172) | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. 796 BAIRD AVENUE, WASHINGTON, PA (1/2 Interest) Amended Value (Doc. #172) | 72,500.00 | 0.00 | | 0.00 | FA |
| 4. 2009 CADILLAC STS (Removed by Amendment) (Doc. #172) | 0.00 | 0.00 | | 0.00 | FA |
| 5. 2012 CHEVROLET SILVERADO | 9,000.00 | 0.00 | | 0.00 | FA |
| 6. 2008 HARLEY DAVIDSON ROAD KING CLASSIC | 8,450.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS (1/2 Interest) Amended Value (Doc. #172) | 2,350.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHES | 900.00 | 0.00 | | 0.00 | FA |
| 9. JEWELRY (Removed by Amendment) (Doc. #172) | 0.00 | 0.00 | | 0.00 | FA |
| 10. CASH | 500.00 | 0.00 | | 0.00 | FA |
| 11. CHECKING ACCOUNT (CITIZENS) | 500.00 | 0.00 | | 0.00 | FA |
| 12. GAS LEASE (207 REX ROAD) | 375.00 | 0.00 | | 0.00 | FA |
| 13. FAIR DEBT COLLECTION ACT CLAIM (Harley Davidson) (Amended Value Doc. #172) | 2,400.00 | 0.00 | | 0.00 | FA |
| 14. PRODUCTS LIABILITY CLAIM (Pier One) (Added by Amendment) Amended Value Doc. #172) (u) | 57,000.00 | 30,000.00 | | 380,000.00 | FA |
| 15. FRAUD CLAIM (Against Former Employer) Added by Amendment #133 (Amended Value #172) (u) | 40,000.00 | 25,000.00 | | 80,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $202,975.00         $58,000.00         $490,000.00         $0.00

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigating value of real property and personal injury and fraud claims.  Trustee's Motion to Employ Special Counsel granted on 2/14/19 (Doc. 108).  Trustee negotiated carve-out with IRS for real property sale (asset #1).  Trustee's Motion to Employ Realtor granted on 4/16/19 (Doc. 119).  Trustee's Motion for Sale of Real Property and Motion to Approve Carve Out filed on 4/8/19 (Doc. 115).  Trustee's Application to Employ Special Counsel granted on 8/14/20 (Doc. 141).  Adversary Proceeding commenced on 9/1/20 (Adv. 20-02135-GLT); Pre-Trial Conference scheduled for 5/12/22 (Doc. 134).  Order Granting Motion to Approve Settlement of Adv. 20-02135-GLT (asset #15) entered on 7/7/22 (Doc. 172).  Trustee's Motion to Approve Settlement and Distribution of Settlement Proceeds (asset #14) granted on 10/26/22 (Doc. 160).  Debtors Motion to Separate the Joint Case and Allow Each Debtor to Proceed in Their Own Separate Bankruptcy Case granted on 12/5/2022 (Doc. 167).  Trustee in process of preparing closing reports.

Initial Projected Date of Final Report (TFR): 12/31/2019          Current Projected Date of Final Report (TFR): 07/31/2023

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-23732 | Trustee Name: PAMELA J. WILSON |
| Case Name: DAVID MATTHEW WETZEL | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX7538 |
| | Checking |
| Taxpayer ID No: XX-XXX8687 | Blanket Bond (per case limit): $5,574,358.00 |
| For Period Ending: 05/10/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/21/19 | | Blue Sky Closing Services, Inc. | Proceeds from court approved sale (Doc. 124) For remaining $4,500 of gross receipts, see Deposit 2 | | $5,697.15 | | $5,697.15 |
| | | | Gross Receipts             $25,500.00 | | | | |
| | | BERKSHIRE HATHAWAY HOME SERVICES | Real Estate Commission        ($4,500.00) | 3510-000 | | | |
| | | BLUE SKY CLOSING SERVICE, INC. | Settlement Charges              ($530.00) | 2500-000 | | | |
| | | FRANCIS KING, TREASURER | 2019 County Taxes               ($194.89) | 2820-000 | | | |
| | | WASHINGTON COUNTY TAX CLAIM BUREAU 100 W. BEAU STREET, ROOM 205 WASHINGTON, PA 15301 | 2015-2018 Delinquent Real Estate Taxes       ($7,145.32) | 4700-000 | | | |
| | | IRS | IRS Lien Payment (less carveout)           ($7,319.49) | 4300-000 | | | |
| | | SHARON MOSLER, TAX COLLECTOR | 2019 City/Twp. Taxes           ($47.15) | 2820-000 | | | |
| | | SHARON MOSLER, TAX COLLECTOR | School Tax                     ($66.00) | 4700-000 | | | |
| | 1 | | 207 REX ROAD, WASHINGTON, PA (1/2 Interest)  Amended Value (Doc. #172)       $25,500.00 | 1110-000 | | | |
| 05/21/19 | 1 | Blue Sky Closing Services, Inc. | Court Approved Carve Out (Doc. 124) For remaining $25,500 of gross receipts, see Deposit 1 | 1110-000 | $4,500.00 | | $10,197.15 |
| 06/06/19 | 101 | Observer Reporter ATTN:  CASHIER 122 South Main Street Washington, PA  15301 | legal advertising | 2500-000 | | $192.42 | $10,004.73 |
| 06/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,989.73 |
| | | | Page Subtotals: | | $10,197.15 | $207.42 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-23732 | Trustee Name: PAMELA J. WILSON |
| Case Name: DAVID MATTHEW WETZEL | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX7538 |
| | Checking |
| Taxpayer ID No: XX-XXX8687 | Blanket Bond (per case limit): $5,574,358.00 |
| For Period Ending: 05/10/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/19 | | Transfer to Acct # xxxxxx0062 | Transfer of Funds | 9999-000 | | $9,989.73 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $10,197.15 | $10,197.15 |
| Less: Bank Transfers/CD's | $0.00 | $9,989.73 |
| Subtotal | $10,197.15 | $207.42 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,197.15 | $207.42 |

Page Subtotals:    $0.00    $9,989.73

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-23732 | Trustee Name: | PAMELA J. WILSON |
|---|---|---|---|
| Case Name: | DAVID MATTHEW WETZEL | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0062 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8687 | Blanket Bond (per case limit): | $5,574,358.00 |
| For Period Ending: | 05/10/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/19 | | Transfer from Acct # xxxxxx7538 | Transfer of Funds | 9999-000 | $9,989.73 | | $9,989.73 |
| 01/14/20 | 2001 | LTD International Sureties Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment 2020 Bond #016026363 | 2300-000 | | $16.79 | $9,972.94 |
| 01/04/21 | 2002 | International Sureties Suite 420, 701 Poydras Street New Orleans, LA | Payment 2021 Bond #016026363 | 2300-000 | | $9.52 | $9,963.42 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.94 | $9,953.48 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.99 | $9,942.49 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.62 | $9,931.87 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.97 | $9,920.90 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.60 | $9,910.30 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.94 | $9,899.36 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.93 | $9,888.43 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.57 | $9,877.86 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.91 | $9,866.95 |

Page Subtotals:    $9,989.73    $122.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-23732 | Trustee Name: PAMELA J. WILSON |
| Case Name: DAVID MATTHEW WETZEL | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0062 |
| | Checking |
| Taxpayer ID No: XX-XXX8687 | Blanket Bond (per case limit): $5,574,358.00 |
| For Period Ending: 05/10/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.54 | $9,856.41 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.88 | $9,845.53 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.87 | $9,834.66 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.81 | $9,824.85 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.85 | $9,814.00 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.49 | $9,803.51 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.82 | $9,792.69 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.46 | $9,782.23 |
| 07/29/22 | 15 | AL'S WATER SERVICE | Court Approved Settlment (Adv. 20-2135-GLT, Doc. 172) | 1249-000 | $80,000.00 | | $89,782.23 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.80 | $89,771.43 |
| 08/04/22 | 2003 | Joseph Luvara, Esquire 1822 Worceshter Drive Pittsburgh, PA 15243 | court approve special counsel fees (Adv case no 19-2075, Doc. 72) | 3210-000 | | $24,000.00 | $65,771.43 |
| 08/04/22 | 2004 | Joseph Luvara, Esquire 1822 Worceshter Drive Pittsburgh, PA 15243 | court approve special counsel expenses (Adv case no 19-2075, Doc. 72) | 3220-000 | | $624.90 | $65,146.53 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.82 | $65,066.71 |
| | | | Page Subtotals: | | $80,000.00 | $24,800.24 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-23732 | Trustee Name: PAMELA J. WILSON |
| Case Name: DAVID MATTHEW WETZEL | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0062 |
| | Checking |
| Taxpayer ID No: XX-XXX8687 | Blanket Bond (per case limit): $5,574,358.00 |
| For Period Ending: 05/10/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.52 | $64,997.19 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.77 | $64,925.42 |
| 11/04/22 | | Kontos, Killion & Hassen | Court Approved Settlement (Doc. 160) | | $175,969.37 | | $240,894.79 |
| | | | Gross Receipts           $380,000.00 | | | | |
| | | Kontos Mengine Law Group | 40% Special Counsel Fee    ($152,000.00) | 3210-000 | | | |
| | | Kontos Mengine Law Group | Special Counsel Expenses    ($8,565.63) | 3220-000 | | | |
| | | David and Penny Wetzel | Debtor Exemption           ($43,465.00) | 8100-002 | | | |
| | 14 | | PRODUCTS LIABILITY CLAIM   $380,000.00 (Pier One) (Added by Amendment)   Amended Value Doc. #172 | 1242-000 | | | |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $219.79 | $240,675.00 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $265.73 | $240,409.27 |
| 01/16/23 | 2005 | International Sureties Suite 420 701 Poydras Street New Orleans, LA  70139 | Payment 2023 Bond | 2300-000 | | $124.28 | $240,284.99 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $265.42 | $240,019.57 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $239.36 | $239,780.21 |

| | | |
|---|---|---|
| Page Subtotals: | $175,969.37 | $1,255.87 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 17-23732  
Case Name: DAVID MATTHEW WETZEL  
Taxpayer ID No: XX-XXX8687  
For Period Ending: 05/10/2024  

Trustee Name: PAMELA J. WILSON  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0062  
Checking  
Blanket Bond (per case limit): $5,574,358.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $264.74 | $239,515.47 |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.94 | $239,259.53 |
| 05/12/23 | 2006 | Penny Lynn Wetzel 796 Baird Avenue Washington, PA  15301 | Debtor Surplus per Court Order (Penny Wetzel, case #22-22408, Doc. 26) | 8500-002 | | $100,000.00 | $139,259.53 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $207.18 | $139,052.35 |
| 07/10/23 | 2007 | Pamela Wilson, Trustee Bankruptcy Estate of Penny Wetzel | Penny Wetzel portion estate funds (Doc. 167), divided bankrutpcy case no. 22-22408 | 8500-002 | | $81,285.71 | $57,766.64 |
| 11/15/23 | 2008 | Pamela J. Wilson 810 VERMONT AVENUE, PITTSBURGH, PA  15234 | Distribution | | | $11,604.23 | $46,162.41 |
| | | Pamela J. Wilson | Final distribution creditor account # representing a payment of 100.00% per court order. ($8,521.90) | 2100-000 | | | |
| | | Pamela J. Wilson | Final distribution creditor account # representing a payment of 100.00% per court order. ($2,975.00) | 3110-000 | | | |
| | | Pamela J. Wilson | Final distribution creditor account # representing a payment of 100.00% per court order. ($107.33) | 3120-000 | | | |
| 11/30/23 | 2009 | Pennsylvania Department Of Revenue Bankruptcy Division Po Box 280946 Harrisburg, Pa 17128-0946 | Final distribution to claim 1 creditor account # representing a payment of 100.00% per court order. | 5800-000 | | $310.39 | $45,852.02 |
| 11/30/23 | 2010 | INTERNAL REVENUE SERVICE POB 7317 PHILDELPHIA, PA 19101-7317 | Final distribution to claim 9 creditor account # representing a payment of 100.00% per court order. | 5800-000 | | $3,209.48 | $42,642.54 |

Page Subtotals: $0.00   $197,137.67

UST Form 101-7-TDR (10/1/2010) (Page: 17)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-23732 | Trustee Name: PAMELA J. WILSON |
| Case Name: DAVID MATTHEW WETZEL | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0062 |
| | Checking |
| Taxpayer ID No: XX-XXX8687 | Blanket Bond (per case limit): $5,574,358.00 |
| For Period Ending: 05/10/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/24 | 2011 | INTERNAL REVENUE SERVICE POB 7317 PHILDELPHIA, PA 19101-7317 | Final distribution to secured claim 9 creditor representing a payment per court order. | 4300-000 | | $42,642.54 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $265,959.10 | $265,959.10 |
| Less: Bank Transfers/CD's | $9,989.73 | $0.00 |
| Subtotal | $255,969.37 | $265,959.10 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $255,969.37 | $265,959.10 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Page Subtotals: $0.00    $42,642.54

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0062 - Checking | $255,969.37 | $265,959.10 | $0.00 |
| XXXXXX7538 - Checking | $10,197.15 | $207.42 | $0.00 |
|  | $266,166.52 | $266,166.52 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $223,833.48 |
|---|---|
| Total Net Deposits: | $266,166.52 |
| Total Gross Receipts: | $490,000.00 |

Page Subtotals:            $0.00           $0.00