**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| David Matthew Wetzel | : | Case No.   17-23732-GLT |
| | : | |
| | : | |
| | : | |
| Debtors. | : | |

**NOTICE OF WITHDRAWAL**
**(RELATED DOCKET NO. 227 )**

**PLEASE TAKE NOTICE THAT** Andy Vara, the Acting United States Trustee for Region Three (the "UST"), by and through his counsel, hereby withdraws his Chapter 7 Trustee's Certificate of Completion and Application for Discharge, filed June 13, 2024 (Docket No. 227).

Respectfully submitted,

**ANDY VARA**
**ACTING UNITED STATES TRUSTEE**

**By:** /s/ Marta Villacoarta
Marta Villacorta
Assistant United States Trustee
Office of the United States Trustee
1001 Liberty Ave, Suite 1316
Pittsburgh, PA 15222
(412) 644-4756

Dated: June 14, 2024